FILED
NOV - 8 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT



Sealed
October 2007

# United States District Court
## For The District Of Columbia

| | |
|---|---|
| Edward Craig; Poole, #11429-081 ) | |
| Rosario Andrade Del Sol, ) | |
| Avelino Valdez Vasquez, ) | |
| Wendell David; Williams, ) | **R.I.C.O. COMPLAINT** |
| Mark Richard Patrick, #11666-081 ) | |
| P.O. 9000 **PETITIONERS** ) | 18 USC § 1964(a)&(c); Petition For Declaratory |
| vs. Safford, AZ, 85547 ) | and Injunctive 28 USC § 2201 & 2202; Federal |
| ) | Question 28 USC § 1331; |
| John M. Roll, ) | |
| David C. Bury, ) | **REQUEST TO APPEAR BEFORE SPECIAL GRAND JURY** |
| Frank R. Zapata, ) | 18 USC § 3332; |
| Cindy K. Jorgenson, ) | |
| Raner C. Collins, ) | **TRIAL BY JURY F.R.C.P. RULE 38(a), and, Seventh** |
| Mary M. Schroeder, ) | **Amendment to the Constitution For The United** |
| Peter L. Shaw, ) | **States Of America** |
| Garnett Thomas Eisele, ) | |
| John Doe(s) 1 Thru 99, ) | Case: 1:07-cv-02039 |
| Jane Doe(s) 1 Thru 99, ) | Assigned To : Leon, Richard J. |
| XYX Corporations 1 thru 99, ) | Assign. Date : 11/8/2007 |
| **RESPONDENTS** ) | Description: Pro Se Gen. Civil |
| ) | |

**Comes now:** the Petitioners, Laymans all, **Haines v. Kerner**, 404 US 519, 30 L.Ed.2d 652, 653 Headnotes 1 & 2; **Hughes v. Rowe**, 449 US 5, 10, 66 L.Ed.2d 163, 170, 170 n. 7 (1980); **Warren v. District of Columbia**, 353 F.3d 36, 37 (D.C.Cir. 2004). As a **FEDERAL QUESTION** this complaint **CAN NOT** be declared frivolous **Exparte Young**, 209 US 123, 52 L.Ed. 714, 28 S.Ct. 441 (1908); **Edelman v. Jordan**, 415 US 651, 39 L.Ed.2d 662, 94 S.Ct. 1347 (1974).

### Jurisdiction

1) Jurisdiction of this Honorable Court is pursuant to the following:

2) 28 USC § 1331 Federal Question;

3) 28 USC §§ 2201 & 2202 Declaratory and Injunctive relief;

4) 38 USC § 1651 All writs act;

5) 28 USC § 1332 Diversity of citizenship;

6) Article 3 Section 2 of the Constitution For the United States Of America;

7) 18 USC §§ 1964(a) & 1964(c);

8) All persons who are party to this action are United States Citizens by virtue of the Fourteenth Amendment thereby giving this Honorable Court jurisdiction.

## Parties

**Plaintiff/Petitioners:**

9) Edward Craig; Pool, an inmate at the Federal Correction Institution at Safford Arizona, Post Office Box 9000, Safford, Arizona state [85548];

10) Rosario Andrade Del Sol, a Mexican National, an inmate at the Federal Correction Institution at Safford Arizona, Post Office Box 9000, Safford, Arizona state [85548];

11) Avelino Valdez Vasquez, a Mexican National, an inmate at the Federal Correction Institution at Safford Arizona, Post Office Box 9000, Safford, Arizona state [85548];

12) Wendell David; Williams, an inmate at the Federal Correction Institution at Safford Arizona, Post Office Box 9000, Safford, Arizona state [85548]

13) Mark Richard Patrick, an inmate at the Federal Correction Institution at Safford Arizona, Post Office Box 9000, Safford, Arizona state [85548];

**Defendants/Respondants:**

14) John M. Roll, Chief Judge, United State District Court, District of Arizona, 405 West Congress Street, Tucson, Arizona 85701;

15) David C. Bury, District Court Judge, United States District Court, District of Arizona, 405 West Congress Street, Tucson, Arizona 85701;

16) Frank R. Zapata, District Court Judge, United States District Court, District of Arizona, 405 West Congress Street, Tucson, Arizona 85701;

17) Cindy K. Jorgenson, District Court Judge, United States District Court, District of Arizona, 405 West Congress Street, Tucson, Arizona 85701;

18) Raner C. Collins, District Court Judge, United States District Court, District of Arizona, Tucson, Arizona 85701;

19) Mary M. Schroeder, Chief Judge, United States Court of Appeals, For the Ninth Circuit, Post Office Box 193939, San Francisco, California 94119-3939;

20) Peter L. Shaw, Appellate Commissioner, United States Court Of Appeals, For the Ninth Circuit, Post Office Box 193939, San Francisco, California 85701;

21) Garnett Thomas Eisele, Chief Judge, United States District Court, Eastern District of Arkansas, 600 West Capitol Avenue, Little Rock, Arkansas 72201;

22) John Doe(s) 1 Thru 99, to be named after discovery is completed;

23) Jane Doe(s) 1 Thru 99, to be named after discovery is completed;

23½)XYZ Corporations 1 Thru 99 to be named after discovery is completed;

## Facts

24) Petitioners filed Habeas Corpus petitions in the United States District Court in the District Of Arizona pursuant to the "Judiciary Act of Feburary 5, 1867, c 28, § 1, 14 Stat 385-386" as quoted and appended to the Opinon Of the Supreme Court, **Fay v. Noia**, 371 US 391, 441-443 (1963).

25) Petitioners habeas corpus petitions and other habeas corpus petitions in the Clerk Of The Courts Office file numbers 06-cv-00539-DCB; 4:07-cv-00257-FRZ; 4:07-cv-00152-JMR; 07-cv-443-DCB; 4:07-cv-00446-DCB; 07-cv-00186-CKJ; 07-cv-0090-FRZ; 06-cv-00651-RCC; 07-cv-00017-RCC; 07-cv-0413-RCC.

26) The Petitioner have a guaranteed Constitutional Right to habeas corpus.

27) Petitioner <u>Wendell David; Williams</u>, filed a habeas corpus petition in the Clerk of the Courts Office in the Eastern District Of Arkansas file number 4:07-cv-00326-GTE.

28) Some of the habeas corpus petitions were dismissed without the district court judge ruling on the merits. These petitions were **appealed to the** Ninth Circuit, 07-15063; 07-16105; 07-16088; 07-15842; 07-15313; etc.

29) Respondant Peter L. Shaw ordered several of the Appellate Brief suspended and order all action stopped with-out a Certificate Of Appeability.

30) Chief Judge Mary M. Schroeder is Peter L. Shaw's supervisor.

31) All the habeas corpus petition were filed detailing the Petitioners and other People are being held in prison in violation of the Fourth Amendment, Fifth Amendment, Sixth Amendment guaranteed rights. It is a Fact that the Petitioners and others detailed the following United States District Court were without **SUBJECT-MATTER JURISDICTION** to bring the People to Trial:

    a) United States District Court, District Of Utah;

    b) United States District Court, District Of Arizona;

    c) United States District Court, Central District Of California;

    d) United States District Court, Eastern District of Arkansas;

    e) United States District Court, Southern District of West Virginia.

32) The United States Supreme Court made it clear that habeas corpus cannot be dismissed or limited by procedural rules, **Harris v. Nelson**, 394 US 286, 291-292, 22 L.Ed.2d 281, 286, 89 S.Ct. 1082 (1969); **Price v. Jonston**, 334 US 266, 269, 92 L.Ed.2d 1356, 1361, 68 S.Ct. 1049 (1948).

33) The United States Supreme Court made it clear that habeas corpus **MAY NOT** be **DENIED OR OBSTRUCTED**, **Johnson v. Avery**, 393 US 483, 485, 21 L.Ed.2d 718, 721 (1969).

33) It is an undisputed FACT that the "Habeas Corpus Act of 1867" is still the the binding statute see **Fay v. Noia**, supra, moreover the Act set forth the requirment that a court does not have more ~~than twenty~~ than twenty days to act on a habeas corpus petition. the judge when persented with a habeas corpus petition is required to do the following:

> a) Grant the Habeas Corpus Petition; or,
>
> b) Order the Respondent to show cause why the habeas corpus petition should not be granted.

34) Furthermore Congress gave the Habeas Corpus Petitioner the guaranteed right to appeal the petition from the District Court to the Circuit Court and from the Circuit Court to the Supreme Court, see **Fay v. Noia**, supra.

35) None of the Judges or Court employees are in compliance with the "Habeas Corpus Act of 1867".

### The Enterprise

36) The Enterprise includes, Individuals, Person, Officers of the Court, Government Officials, Government Agents, United States Attorney(s) Office, United States Courts. All joining together for their own personal, political, and/or financial benefit.

### The Pattern

37) The pattern of Racketeering involves numerous predicated acts in violation of federal code, including but not limited to acts found 18 USC § 1961(a) **TOWIT**:

> a) Obstruction of Justice 18 USC § 1503;
>
> b) Mail Fraud 18 USC § 1341;
>
> c) Bribery 18 USC § 201;
>
> d) The relationship of the Respondents is well documented and the facts tie the Respondents into a group.

**Claims**

38) First Claim: R.I.C.O. Obstruction of Justice 18 USC § 1503, the Respondents Rolls, Bury, Zapata, Jourgensen, Collins, Eisele obstructed justice by using the local rules of court to obstructe the habeas corpus proceeding. Their action are under color of law an color of authorty. These Respondents have committed hundreds if not thousands of predicated acts of obstruction of justice, in an attempt to hide the fact that the United States District Courts listed in item number 31 had no subject-matter jurisdiction, and the criminal actions are **NULL & VOID**, since there is no evidence of jurisdiction affirmatively on the record, **Bender v. Williamsport Area School Dist.**, 475 US 534, 546 (1986). Take mandatory judicial notice that should the record of the following criminal cases been reviewed the proof the lack of jurisdiction would have been apparent:

    a) District of Arizona
       03-cr-0660-CKJ
       03-cr-2544-DCB

    b) District of Utah
       2:04-cr-00207-ITZ
       2:04-cr-00450-JTG

    c) Central District of California
       05-cr-0522-AHM

    d) Eastern District of Arkansas
       4:04-cr-00011-GTE

    e) Southern District Of West Virginia
       1:02-cr-00240

Furthermore the Chief Judge of the Ninth Circuit Mary M. Schroeder and Respondent have interfered with the Appeal process guaranteed by the Constitution and The Habeas Corpus Act of 1867, Shaw has no legal or lawful authority granted by Congress to issue judicial orders, neither Congress or the Constitution list the position of Appellant Commissioner.

39) Second Claim: R.I.C.O. Mail Fraud the Respondents used the United States Mail to accomplish their R.I.C.O Enterprise to deny and obstruct the Petitioner's Constitutional guaranteed rights to habeas Corpus. The amount of mail sent by the Respondents is numerous.

40) Third Claim: R.I.C.O. Obstruction of Justice 18 USC § 1503, in denying and obstructing the habeas corpus process of the Petitioner's by the use of the procedural morass the Respondents deprived the Petitioners of [t]heir rights by using color of law procedural rules, the Respondents action is depravation of rights under color of law a criminal act pursuant to 18 USC §§ 241 & 242.

41) Fourth Claim: R.I.C.O 18 USC § 201 **Bribery,** the Respondents are receiving political favor as payment for their action of not allowing the Petitioner's habeas corpus action be heard on the merits.

### The Federal Question

42) Is the Constitution For the United States of America the Supreme Law of the Land;

43) Are the Respondents required to follow the ruling of the of the United States Supreme Court when reviewing a habeas corpus petition;

44) Do the Petitioners and other People have a guaranteed Constitutional right the have the all the issues in a habeas corpus petition reviewed on the merits.

### Relief

45) Declare the rights of the parties 28 USC § 2201;

46) Grant the Petitioner's injunctive relief 28 USC § 2202;

47) Declare the Respondents a R.I.C.O Enterprise;

48) Declare the Petitioner's guaranteed rights to habeas corpus petition was violated by the Respondents;

49) The right to add Respondents without leave of the court;
50) The right to amend the petition without leave of the court;
51) The right of all Real Parties in interest to join the action without leave of the court;
52) That this Honorable Court order a Special Grand Jury to investigate the Petitioner's claims 28 USC § 3332;
53) A trial by jury on all claims;
54) An Order suspending the rules of procedure as the Petitioners are laymen;
55) All other relief the is just, equitable, and available.

## Varification

56) We the Petitioners swear under penalty of perjury under the laws of the United States of America is True, Correct and complete to the best of our knowledge:

57) Sealed this 5th Day of October, 2007
    Locus Sigilli: _Edward Craig Poole_
    Edward Craig; Poole

58) Sealed this 5th Day of October, 2007
    Locus Sigilli: _Rosario Andrade Del Sol_
    Rosario Andrade Del Sol

59) Sealed this 5th Day of October, 2007
    Locus Sigilli: _Avelino Valdez Vasquez_
    Avelino Valdez Vasquez

60) Sealed this 5th Day of October, 2007
    Locus Sigilli: _Wendell David Williams_
    Wendell David; Williams

61) Sealed this 5th Day of October, 2007
    Locus Sigilli: _Mark Richard Patrick_
    Mark Richard Patrick

JS-44
(Rev.1/05 DC)

CIVIL COVER SHEET

### I (a) PLAINTIFFS
EDWARD C POOLE, ETAL

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF 88888
(EXCEPT IN U.S. PLAINTIFF CASES)

PRO SE'S (PR'S)

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

### DEFENDANTS
JOHN H. ROLL, CHIEF JUDGE
USDC, ARIZONA, ETAL

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

Case: 1:07-cv-02039
Assigned To : Leon, Richard J.
Assign. Date : 11/8/2007
Description: Pro Se Gen. Civil

### II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in item III)

### III CITIZENSHIP OF PRINCIPAL PARTIES
FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

**☐ A. Antitrust**
☐ 410 Antitrust

**☐ B. Personal Injury/Malpractice**
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

**☐ C. Administrative Agency Review**
☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

**☐ D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

**☐ E. General Civil (Other)**  OR  **☒ F. Pro Se General Civil**

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☒ 540 Mandamus & Other
☒ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

(10)

| ☐ G. *Habeas Corpus/* 2255<br>☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ H. *Employment Discrimination*<br>☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ I. *FOIA/PRIVACY ACT*<br>☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br><br>*(If pro se, select this deck)* | ☐ J. *Student Loan*<br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ☐ K. *Labor/ERISA (non-employment)*<br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ L. *Other Civil Rights (non-employment)*<br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ M. *Contract*<br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ N. *Three-Judge Court*<br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ Multi district Litigation
☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
18 USC 1961

**VII. REQUESTED IN COMPLAINT**  CHECK IF THIS IS A CLASS ☐ ACTION UNDER F.R.C.P. 23   **DEMAND $**   Check YES only if demanded in complaint   **JURY DEMAND:** ☒ YES  ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See instruction)  ☐ YES  ☐ NO   If yes, please complete related case form.

**DATE**           **SIGNATURE OF ATTORNEY OF RECORD**

---

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

N:\forms\js-44.wpd

RECEIVED
NOV - 8 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT