Jose Andrade Moreno
# 35032-008
P.O. BOX 9000
Safford, Arizona. 85548

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

Edward Craig; Poole, et al.   ) CV-1:07-02039
                              ) **MOTION FOR PERMISSIVE JOINDER OF REAL**
v.                            ) **PARTIES IN INTEREST, F.R.C.P. Rule 17,**
                              ) **Rule 18, and, Rule 20(a)**
John M. Roll, et al.          )
_____)

I, Jose Andrade Moreno, Mexican National, having read the complain filed with the court and finding that I have an interest in the outcome in the above titled action request the Clerk of the Court add my name as a Plaintiff/Petitioner.

I further request that I be served with all motions and ruling of this action.

Submitted This 29 Day of Nove_____, 2007
Locus Sigilli: Jose_____ e moreno

Copies of this documents was served on the following Respondents Via First Class United States Mail at there last known address:

John M. Roll
David C. Bury
Frank R. Zapata
Cindy K. Jorgenson
Raner C. Collins
Mary M. Schroeder
Peter L. Shaw
Garnett Thomas Eisele
Mexico General Consulate
1911. Pennsylvania Avenue NW
Washington, D.C. [20006]

Gustavo Morales Cirion
Consul Of Protection
1201 F. Avenue
Douglas, Arizona. [85607]

Mexico Ambassador
Permanent Mission to the U.N.
2 U.N. Plaza 28th FL.
New York, N.Y. [10017]

U.S House Judiciary Committee
2138 Rayburn bldg.
Washington, D.C. [20515]

U.S. Senate Judiciary Committee
224 Dirksen bldg.
Washington, D.C. [20510]

United Nations Secretarian
2 United Nations Plaza
DC-2/12th Floor
New York, N.Y. [10017]

**RECEIVED**

DEC 4 - 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Jose Andrade Moreno
# 35032-008
P.O. BOX 9000
Safford, Arizona. 85548

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| Edward Craig; Poole, et al. | ) CV-1:07-02039 |
| | ) **MOTION TO DECLARE THIS A CLASS ACTION LAW** |
| v. | ) **SUIT PURSUANT TO F.R.C.P. Rule 23 and APPOINT** |
| | ) **CLASS COUNSEL F.R.C.P. Rule 23(g)** |
| John M. Roll, et al. | ) |
| | ) |

I, Jose Andrade Moreno, Mexican National, a real party in interest in the above captioned case, hereby request this Honorable Court declare this action a Class Action, the number of members of the class will no doubt be in the thousands.

I further request that the court appoint an Attorney at Law to handle this class action suit.

Respectfully submitted this 29 Day of N_____, 2007
Locus Sigilli: Jose Andrade Moreno

Copies of this document were served upon the following Via First Class United States Mail at their last known address:

John Roll
David C. Bury
Frank R. Zapata
Cindy K. Jorgenson
Raner C. Collins
Mary M. Schroeder
Peter L. Shaw
Garnett Thomas Eisele
Mexico General Consulate
1911. Pennsylvania Avenue NW
Washington, D.C. [20006]

Gustavo Morales Cirion
Consul Of Protection
1201 F. Avenue
Douglas, Arizona. [85607]

Mexico Ambassador
Permanent Mission to the U.N.
2 U.N. Plaza 28th FL.
New York, N.Y. [10017]

U.S. House Judiciary Committee
2138 Rayburn bldg.
Washington, D.C. [20515]

U.S. Senate Judiciary Committee
224 Dirksen Bldg.
Washington, D.C. [20510]

United Nations Secretarian
2 United Nations Plaza
DC-2/12th Floor
New York, N.Y. [10017]

**RECEIVED**

DEC 4 - 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT