AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

For The District of **Columbia**

Edward Craig; Poole,
Rosario Andrade Del Sol,
Avelino Valdez Vasquez,
Wendell David; Williams,
Mark Richard Patrick,

Vs.

John M. Roll, David C. Bury,
Frank R. Zapata, Cindy K. Jorgenson,
Raner C. Collins, Mary M. Schroeder,
Peter L. Shaw, Garnett Thomas Eisele,
et.al.

**SUMMONS IN A CIVIL ACTION**

Case: 1:07-cv-02039
Assigned To : Leon, Richard J.
Assign. Date : 11/8/2007
Description: Pro Se Gen. Civil

TO: (Name and address of Defendant)

Garnett Thomas Eisele, Chief Judge,
United States District Court
Eastern District Of Arkansas
600 West Capitol Street
Little Rock, Arkansas 72201

**RECEIVED**

DEC 1 2 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ~~ATTORNEY~~ Pro Se (name and address)

Edward Craig; Poole
Post Office Box 9000
Safford, Arizona State

Avelino Valdez Vasquez
Post Office Box 9000
Safford, Arizona state

Mark Richard Patrick
Post Office Box 9000
Safford, Arizona state

Rosario Andrade Del Sol
Post Office Box 9000
Safford, Arizona state

Wendell David; Williams
Post Office Box 9000
Safford, Arizona state

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON
CLERK

NOV - 8 2007
DATE

_(signature)_
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 10 December 2007 |
| NAME OF SERVER *(PRINT)* Wendell-David; Williams | TITLE N/A |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):  Served via First Class Certified, Return Receipt, United States Mail. Receipt No. 7005 1160 0003 4739 7353  attached.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   3 December 2007     *[signature]*
               Date                                   *Signature of Server*

                                Federal Correctional Institution
                                c/o [P.O. Box 9000]
                                Safford, Arizona state    [85548]
                                *Address of Server*

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

For The District of **Columbia**

Edward Craig; Poole,
Rosario Andrade Del Sol,
Avelino Valdez Vasquez,
Wendell David; Williams,
Mark Richard Patrick,

    Vs.

John M. Roll, David C. Bury,
Frank R. Zapata, Cindy K. Jorgenson,
Raner C. Collins, Mary M. Schroeder,
Peter L. Shaw, Garnett Thomas Eisele,
et.al.

**SUMMONS IN A CIVIL ACTION**

CASE

Case: 1:07-cv-02039
Assigned To : Leon, Richard J.
Assign. Date : 11/8/2007
Description: Pro Se Gen. Civil

TO: (Name and address of Defendant)

Cindy K. Jorgenson, Judge,
United States District Court
District Of Arizona
405 West Congress Street
Tucson, Arizona 85701

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ~~ATTORNEY~~ *Pro Se* (name and address)

| | | |
|---|---|---|
| Edward Craig; Poole<br>Post Office Box 9000<br>Safford, Arizona State | Avelino Valdez Vasquez<br>Post Office Box 9000<br>Safford, Arizona state | Mark Richard Patrick<br>Post Office Box 9000<br>Safford, Arizona state |
| Rosario Andrade Del Sol<br>Post Office Box 9000<br>Safford, Arizona state | Wendell David; Williams<br>Post Office Box 9000<br>Safford, Arizona state | |

an answer to the complaint which is served on you with this summons, within __60__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON      NOV - 8 2007
CLERK      DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

For The District of **Columbia**

Edward Craig; Poole,
Rosario Andrade Del Sol,
Avelino Valdez Vasquez,
Wendell David; Williams,
Mark Richard Patrick,

Vs.
John M. Roll, David C. Bury,
Frank R. Zapata, Cindy K. Jorgenson,
Raner C. Collins, Mary M. Schroeder,
Peter L. Shaw, Garnett Thomas Eisele,
et.al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER

Case: 1:07-cv-02039
Assigned To : Leon, Richard J.
Assign. Date : 11/8/2007
Description: Pro Se Gen. Civil

TO: (Name and address of Defendant)

John M. Roll, Chief Judge
United States District Court
District Of Arizona
405 West Congress Street
Tucson, Arizona 85701

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ~~ATTORNEY~~ *pro se* (name and address)

| Edward Craig; Poole | Avelino Valdez Vasquez | Mark Richard Patrick |
| Post Office Box 9000 | Post Office Box 9000 | Post Office Box 9000 |
| Safford, Arizona State | Safford, Arizona state | Safford, Arizona state |

| Rosario Andrade Del Sol | Wendell David; Williams |
| Post Office Box 9000 | Post Office Box 9000 |
| Safford, Arizona state | Safford, Arizona state |

an answer to the complaint which is served on you with this summons, within __60__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON          NOV - 8 2007
CLERK                                         DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

For The District of **Columbia**

Edward Craig; Poole,
Rosario Andrade Del Sol,
Avelino Valdez Vasquez,
Wendell David; Williams,
Mark Richard Patrick,

**SUMMONS IN A CIVIL ACTION**

Vs.
John M. Roll, David C. Bury,
Frank R. Zapata, Cindy K. Jorgenson,
Raner C. Collins, Mary M. Schroeder,
Peter L. Shaw, Garnett Thomas Eisele,
et.al.

Case: 1:07-cv-02039
Assigned To : Leon, Richard J.
Assign. Date : 11/8/2007
Description: Pro Se Gen. Civil

TO: (Name and address of Defendant)

Frank R. Zapata, Judge,
United States District Court
District Of Arizona
405 West Congress Street
Tucson, Arizona 85701

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ~~ATTORNEY~~ *Pro Se* (name and address)

Edward Craig; Poole
Post Office Box 9000
Safford, Arizona State

Avelino Valdez Vasquez
Post Office Box 9000
Safford, Arizona state

Mark Richard Patrick
Post Office Box 9000
Safford, Arizona state

Rosario Andrade Del Sol
Post Office Box 9000
Safford, Arizona state

Wendell David; Williams
Post Office Box 9000
Safford, Arizona state

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

~~NANCY MAYER-WHITTINGTON~~
CLERK

*[signature]*
(By) DEPUTY CLERK

NOV - 8 2007
DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

For The District of Columbia

Edward Craig; Poole,
Rosario Andrade Del Sol,
Avelino Valdez Vasquez,
Wendell David; Williams,
Mark Richard Patrick,

Vs.

John M. Roll, David C. Bury,
Frank R. Zapata, Cindy K. Jorgenson,
Raner C. Collins, Mary M. Schroeder,
Peter L. Shaw, Garnett Thomas Eisele,
et.al.

**SUMMONS IN A CIVIL ACTION**

Case: 1:07-cv-02039
Assigned To : Leon, Richard J.
Assign. Date : 11/8/2007
Description: Pro Se Gen. Civil

TO: (Name and address of Defendant)

David C. Bury, Judge,
United States District Court
District Of Arizona
405 West Congress Street
Tucson, Arizona 85701

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ~~ATTORNEY~~ PRO SE (name and address)

| Edward Craig; Poole | Avelino Valdez Vasquez | Mark Richard Patrick |
| Post Office Box 9000 | Post Office Box 9000 | Post Office Box 9000 |
| Safford, Arizona State | Safford, Arizona state | Safford, Arizona state |

| Rosario Andrade Del Sol | Wendell David; Williams |
| Post Office Box 9000 | Post Office Box 9000 |
| Safford, Arizona state | Safford, Arizona state |

an answer to the complaint which is served on you with this summons, within __60__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON          NOV - 8 2007
CLERK                            DATE

_(signature)_
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

For The District of **Columbia**

Edward Craig; Poole,
Rosario Andrade Del Sol,
Avelino Valdez Vasquez,
Wendell David; Williams,
Mark Richard Patrick,

Vs.
John M. Roll, David C. Bury,
Frank R. Zapata, Cindy K. Jorgenson,
Raner C. Collins, Mary M. Schroeder,
Peter L. Shaw, Garnett Thomas Eisele,
et.al.

**SUMMONS IN A CIVIL ACTION**

Case: 1:07-cv-02039
Assigned To : Leon, Richard J.
Assign. Date : 11/8/2007
Description: Pro Se Gen. Civil

TO: (Name and address of Defendant)

Peter L. Shaw, Appellate Commissioner
United States Court Of Appeals
For The Ninth Circuit
Post Office Box 193939
San Francisco, California 94119-3939

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ~~ATTORNEY~~ PRO SE (name and address)

Edward Craig; Poole
Post Office Box 9000
Safford, Arizona State

Avelino Valdez Vasquez
Post Office Box 9000
Safford, Arizona state

Mark Richard Patrick
Post Office Box 9000
Safford, Arizona state

Rosario Andrade Del Sol
Post Office Box 9000
Safford, Arizona state

Wendell David; Williams
Post Office Box 9000
Safford, Arizona state

an answer to the complaint which is served on you with this summons, within __60__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON
CLERK

NOV - 8 2007
DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

For The District of Columbia

Edward Craig; Poole,
Rosario Andrade Del Sol,
Avelino Valdez Vasquez,
Wendell David; Williams,
Mark Richard Patrick,

Vs.

John M. Roll, David C. Bury,
Frank R. Zapata, Cindy K. Jorgenson,
Raner C. Collins, Mary M. Schroeder,
Peter L. Shaw, Garnett Thomas Eisele,
et.al.

**SUMMONS IN A CIVIL ACTION**

CASE N   Case: 1:07-cv-02039
Assigned To : Leon, Richard J.
Assign. Date : 11/8/2007
Description: Pro Se Gen. Civil

TO: (Name and address of Defendant)

Raner C. Collins, Judge,
United States District Court
District Of Arizona
405 West Congress Street
Tucson, Arizona 85701

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ~~ATTORNEY~~ PRO SE (name and address)

| | | |
|---|---|---|
| Edward Craig; Poole | Avelino Valdez Vasquez | Mark Richard Patrick |
| Post Office Box 9000 | Post Office Box 9000 | Post Office Box 9000 |
| Safford, Arizona State | Safford, Arizona state | Safford, Arizona state |
| Rosario Andrade Del Sol | Wendell David; Williams | |
| Post Office Box 9000 | Post Office Box 9000 | |
| Safford, Arizona state | Safford, Arizona state | |

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    NOV - 8 2007
CLERK                                                        DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

For The District of **Columbia**

Edward Craig; Poole,
Rosario Andrade Del Sol,
Avelino Valdez Vasquez,
Wendell David; Williams,
Mark Richard Patrick,

    Vs.

John M. Roll, David C. Bury,
Frank R. Zapata, Cindy K. Jorgenson,
Raner C. Collins, Mary M. Schroeder,
Peter L. Shaw, Garnett Thomas Eisele,
et.al.

**SUMMONS IN A CIVIL ACTION**

CASE

Case: 1:07-cv-02039
Assigned To : Leon, Richard J.
Assign. Date : 11/8/2007
Description: Pro Se Gen. Civil

TO: (Name and address of Defendant)

    Mary M. Schroeder, Chief Judge
    United States Court Of Appeals
    For The Ninth Circuit
    Post Office 193939
    San Francisco, California 94119-3939

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ~~ATTORNEY~~ PROSE (name and address)

| Edward Craig; Poole | Avelino Valdez Vasquez | Mark Richard Patrick |
| Post Office Box 9000 | Post Office Box 9000 | Post Office Box 9000 |
| Safford, Arizona State | Safford, Arizona state | Safford, Arizona state |

Rosario Andrade Del Sol | Wendell David; Williams
Post Office Box 9000 | Post Office Box 9000
Safford, Arizona state | Safford, Arizona state

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON
CLERK

NOV - 8 2007
DATE

_/s/ [signature]_
(By) DEPUTY CLERK

Edward Craig; Poole
c/o [Post Office Box 9000]
Safford, Arizona state

United States District Court
District of Columbia
1:07-cv-02039

Edward Craig; Poole, Et.Al.   )
                              )  Affidavit of Return of Service
v.                            )  of Summons and Complaint
                              )
John M. Roll, Et.Al.          )
_____)

I, <u>Edward Craig; Poole</u>, swear under penalty of perjury under the laws of the United States Of America, that the Summons and Complaint for the above titled action was served upon the Respondent/Defendants via Certified Mail Return Receipt:

| Respondent Name | Certified Mail Number | Dated Served |
|---|---|---|
| Mary M. Schroeder | 7005-1160-0003-4739-7339 | 11-30-2007 |
| Peter L. Shaw | 7005-1160-0003-4739-7346 | 11-30-2007 |
| Cindy K. Jorgensen | 7005-1160-0003-4739-7315 | 11-30-2007 |
| David C. Bury | 7005-1160-0003-4739-7285 | 11-30-2007 |
| Frank R. Zapata | 7005-1160-0003-4739-7308 | 11-30-2007 |
| Raner C. Collins | 7005-1160-0003-4739-7322 | 11-30-2007 |
| John M. Roll | 7005-1160-0003-4739-7292 | 11-30-2007 |

Service is in compliance with F.R.C.P Rule 4(i).

Submitted this 4th Day of December 2007

Locus Sigilli: _____
                Edward Craig; Poole

Attachments: True, Correct and Complete copy of the
             Certified Mail Receipts.



Nancy Mayer Whittington, Clerk
US District Court, District of Columbia
DEC 1 0 2007
Received
Mail



