UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDWARD CRAIG POOLE, et al., Plaintiffs, v. JOHN M. ROLL, et al., Defendants. | Civil Action 07-2039 (RJL) |

**MOTION FOR AN ORDER PROVIDING DEFENDANTS UNTIL JANUARY 25, 2008 TO RESPOND TO PETITIONERS' MOTIONS TO JOIN IN THE ABOVE-CAPTIONED ACTION AND TO DECLARE THE ABOVE-CAPTIONED ACTION A CLASS ACTION**

On November 8, 2007, five individuals incarcerated in Safford, Arizona (collectively, "Plaintiffs") filed the above-captioned action against seven federal judges and the appellate commissioner for the Ninth Circuit (collectively, "Defendants"),[1] alleging that Defendants conspired to deny their habeas corpus petitions and, in so doing, violated the Racketeer Influenced and Corrupt Organizations Act, 18 U.S.C. § 1962 ("RICO"). See Compl. ¶¶9-23, 36-41. On December 3 and December 4, 2007, four additional individuals incarcerated in Safford, Arizona (collectively, "Petitioners") filed identical motions seeking (1) to join in the above-captioned action, and (2) for this Court to "declare [the above-captioned] action a Class Action" (collectively, "Petitioners' Motions"). (See Docket Nos. 2-5.)

On December 10, 2007, the United States Attorney's Office for the District of Columbia (the "USAO") was served with the Complaint in the above-captioned action (the "Complaint").

[1] Plaintiffs also named as Defendants several unidentified individuals ("John Doe(s)" and "Jane Doe(s)") and several unidentified corporations ("XYZ Corporations"). See Compl. ¶¶22-23.

The Assistant United States Attorney who has been assigned primary responsibility for the above-captioned action (the "AUSA") intends to file a brief in opposition to Petitioners' Motions (indeed, the AUSA has already drafted an opposition brief),[2] but has not yet received authorization to represent Defendants in their individual capacities.[3] Thus, the AUSA cannot yet file the opposition brief. The AUSA expects to receive authorization to represent Defendants in their individual capacities within the next two weeks.[4]

To date, the USAO has not been served with copies of Petitioners' Motions. (See Docket Nos. 2-5.) Thus, the USAO is currently under no obligation to respond to Petitioners' Motions. Nevertheless, in an abundance of caution, the AUSA respectfully requests that this Court provide Defendants until January 25, 2008 to respond to Petitioners' Motions. Because Petitioners are incarcerated and pro se, it is unnecessary for the AUSA to confer with them about this motion. A proposed order consistent with this motion is attached hereto.

---

[2] In the opposition brief, the AUSA will argue that this Court should, at a minimum, deny Petitioners' Motions—and any similar motions—without prejudice to their being re-filed if and when the Complaint survives an initial round of dispositive motions. Alternatively, the AUSA will argue that this Court should deny Petitioners' Motions outright on the grounds that Petitioners have failed to establish that (1) they satisfy the prerequisites for joinder under Federal Rule of Civil Procedure 20; and (2) the above-captioned action meets the requirements for class action treatment under Federal Rule of Civil Procedure 23.

[3] The AUSA also intends to file a motion to dismiss on behalf of all named Defendants—other than the Honorable Garnett T. Eisele—within the time allotted to Defendants to respond to the Complaint. Judge Eisele has already moved to dismiss the Complaint as to himself on the grounds that (1) it fails to state a valid claim under RICO, (2) the claims it asserts are barred by the doctrine of judicial immunity, (3) this Court lacks personal jurisdiction over him and (4) venue is improper in this Court. (See Docket No. 6.) Those reasons for dismissal are compelling and apply equally to the other named Defendants.

[4] It should be noted that United States Attorneys have automatic authority to request extensions in any case in order to secure representation authority.

**CONCLUSION**

For the foregoing reasons, Defendants respectfully request that the Court provide them until January 25, 2008 to respond to Petitioners' Motions.

Dated: January 8, 2008                    Respectfully submitted,

      /s/
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney

      /s/
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

      /s/
CHRISTOPHER B. HARWOOD
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C. 20530
Phone: (202) 307-0372
Fax: (202) 514-8780
Christopher.Harwood@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on January 8, 2008, I caused a copy of the foregoing to be served via first class prepaid postage as follows:

**Jose Francisco Diaz**
#25730-051
P.O. Box 9000
Safford, Arizona 85548

**Jose Andrade Moreno**
#35032-008
P.O. Box 9000
Safford, Arizona 85548

**Jose Rios Moreno**
#31646-048
P.O. Box 9000
Safford, Arizona 85548

**Ignacio Munoz Martinez**
#07651-046
P.O. Box 9000
Safford, Arizona 85548

/s/
Christopher B. Harwood

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| EDWARD CRAIG POOLE, et al., | ) | |
| Plaintiffs, | ) | |
| v. | ) | Civil Action 07-2039 (RJL) |
| JOHN M. ROLL, et al., | ) | |
| Defendants. | ) | |

**ORDER**

Having considered Defendants' Motion for an Order Providing Defendants Until January 25, 2008 to Respond to Petitioners' Motions to Join in the Above-Captioned Action and to Declare the Above-Captioned Action a Class Action ("Defendants' Motion"), and the entire record herein, it is, this _________ day of _____________________, 2008,

ORDERED that Defendants' Motion be and hereby is GRANTED; and it is

FURTHER ORDERED that Defendants shall file their opposition to Petitioners' motions to join in the above-captioned action and to declare the above-captioned action a class action by January 25, 2008.

SO ORDERED.

______________________________
United States District Court Judge

Copy to:

ECF counsel

**Jose Francisco Diaz**
#25730-051
P.O. Box 9000
Safford, Arizona 85548

**Jose Andrade Moreno**
#35032-008
P.O. Box 9000
Safford, Arizona 85548

**Jose Rios Moreno**
#31646-048
P.O. Box 9000
Safford, Arizona 85548

**Ignacio Munoz Martinez**
#07651-046
P.O. Box 9000
Safford, Arizona 85548