FILED
JAN 1 1 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EDWARD CRAIG POOLE, et al.,     )
                                )
         Plaintiffs,            )
                                )
     v.                         )   Civil Case No. 07-2039 (RJL)
                                )
JOHN M. ROLL, et al.,           )
                                )
         Defendants.            )
                                )

**ORDER**
(January 8, 2008)

Pending before the Court is Defendant Garnett Thomas Eisele's Motion to Dismiss, which was filed on December 17, 2007. Because a ruling on defendant's motion may dispose of the case, plaintiffs are advised of their obligations under the Federal Rules of Civil Procedure and the local rules of this Court.

In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise *pro se* litigants of the consequences of failing to respond to a dispositive motion. "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." *Id.* at 509.



Accordingly, it is hereby

**ORDERED** that plaintiffs shall respond to the defendant's motion within 30 days of this Order.  If the plaintiffs fail to respond, the Court may treat the motion as conceded and dismiss the complaint against the defendant.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge