UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| EDWARD CRAIG POOLE; | ) | |
| ROSARIO ANDRADE DEL SOL; | ) | |
| AVELINO VALDEZ VASQUEZ; | ) | |
| WENDELL DAVID WILLIAMS; | ) | |
| and MARK RICHARD PATRICK | ) | |
| PETITIONERS | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:07-cv-02039 |
| | ) | |
| JOHN M. ROLL; DAVID C. BURY; | ) | |
| FRANK R. ZAPATA; CINDY K. | ) | |
| JORGENSON; RANER C. COLLINS; | ) | |
| MARY M. SCHROEDER; PETER L. | ) | |
| SHAW; GARNETT THOMAS EISELE; | ) | |
| JOHN DOE(S) 1 THRU 99; | ) | |
| JANE DOE(S) 1 THRU 99, | ) | |
| XYX CORPORATIONS 1 THRU 99 | ) | |
| DEFENDANTS | ) | |

**NOTICE OF ADOPTION**

Separate Defendant Eisele presents this Notice to the Court that it adopts, pursuant to the provisions of Fed. R. Civ. P. 10(c), Defendants' Motion for an Order Providing Defendants until January 25, 2008, to Respond to Petitioners' Motions to Join in the Above-Captioned Action and to Declare the Above-Captioned Action a Class Action. Separate Defendant Eisele states that although he does not intend to request the representation of the United States Attorney's Office at the present time, he will likely adopt the opposition brief which the United States Attorney's Office contemplates filing on behalf of the Defendants represented by it.

Dated this 15th day of January, 2008.

                Respectfully submitted,

                /s/Garnett Thomas Eisele
                Garnett Thomas Eisele
                Richard Sheppard Arnold United States Courthouse
                500 West Capitol, C244
                Little Rock, AR 72201
                (501) 604-5160

## CERTIFICATE OF SERVICE

I, Garnett Thomas Eisele, hereby certify that a copy of the foregoing pleading has been served via United States Mail, postage pre-paid, on:

Edward Craig Poole
Safford Federal Correctional Institution
Inmate Mail/Parcels
Post Office Box 9000
Safford, Arizona 85548

Rosario Andrade Del Sol
Safford Federal Correctional Institution
Inmate Mail/Parcels
Post Office Box 9000
Safford, Arizona 85548

Avelino Valdez Vasquez
Safford Federal Correctional Institution
Inmate Mail/Parcels
Post Office Box 9000
Safford, Arizona 85548

Wendell David Williams
Safford Federal Correctional Institution
Inmate Mail/Parcels
Post Office Box 9000
Safford, Arizona 85548

Mark Richard Patrick
Safford Federal Correctional Institution

Inmate Mail/Parcels
Post Office Box 9000
Safford, Arizona 85548

Chief Judge John M. Roll
United States District Court
Evo A. DeConcini U.S. Courthouse
405 West Congress Street, Suite 5190
Tucson, AZ 85701-5053

Honorable David C. Bury
United States District Court
Evo A. DeConcini U.S. Courthouse
405 West Congress Street, Suite 6170
Tucson, AZ 85701-5065

Honorable Frank R. Zapata
United States District Court
Evo A. DeConcini U.S. Courthouse
405 West Congress Street, Suite 5160
Tucson, AZ 85701-5050

Honorable Cindy K. Jorgenson
United States District Court
Evo A. DeConcini U.S. Courthouse
405 West Congress Street, Suite 5180

Tucson, AZ 85701-5052

Honorable Raner C. Collins
United States District Court
Evo A. DeConcini U.S. Courthouse
405 West Congress Street, Suite 5170
Tucson, AZ 85701-5051

Honorable Mary M. Schroeder
United States Court of Appeals
for the Ninth Circuit
P.O. Box 193939
San Francisco, CA 94119-3939

Peter L. Shaw
Appellate Commissioner
United States Court of Appeals
for the Ninth Circuit
P.O. Box 193939
San Francisco, CA 94119-3939

Jose Rios Moreno
Safford Federal Correctional Institution
Inmate Mail/Parcels
Post Office Box 9000
Safford, Arizona 85548

Ignacio Munoz Martinez
Safford Federal Correctional Institution
Inmate Mail/Parcels

Post Office Box 9000
Safford, Arizona 85548

Jose Francisco Diaz
Safford Federal Correctional Institution
Inmate Mail/Parcels
Post Office Box 9000
Safford, Arizona 85548

Jose Andrade Moreno
Safford Federal Correctional Institution
Inmate Mail/Parcels
Post Office Box 9000
Safford, Arizona 85548

Jeffrey A. Taylor
United States Attorney
555 Fourth St. N.W.
Washington, D.C. 20530

Rudolph Contreras
Assistant United States Attorney
555 Fourth St. N.W.
Washington, D.C. 20530

Christopher B. Harwood
Assistant United States Attorney
555 Fourth St. N.W.
Washington, D.C. 20530

on this 15th day of January, 2008.

/s/Garnett Thomas Eisele
Garnett Thomas Eisele
Richard Sheppard Arnold United States Courthouse
500 West Capitol, C244
Little Rock, AR 72201
(501) 604-5160