UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| EDWARD CRAIG POOLE, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action 07-2039 (RJL) |
| JOHN M. ROLL, et al., | ) ) ) | |
| Defendants. | ) ) | |

## MOTION TO EXTEND THE TIME FOR DEFENDANTS (OTHER THAN DEFENDANT EISELE) TO RESPOND TO THE COMPLAINT

On November 8, 2007, five individuals incarcerated in Safford, Arizona (collectively, "Plaintiffs") filed the above-captioned action against seven federal judges (sitting in Arkansas, Arizona and California) and the appellate commissioner for the Ninth Circuit (collectively, "Defendants"),[1] alleging that Defendants conspired to deny their habeas corpus petitions and, in so doing, violated the Racketeer Influenced and Corrupt Organizations Act, 18 U.S.C. § 1962 ("RICO").  See Compl. ¶¶9-23, 36-41.  On December 17, 2007, one of the Defendants in the above-captioned action—the Honorable Garnett T. Eisele—moved to dismiss the Complaint as to himself on the grounds that (1) it fails to state a valid claim under RICO, (2) the claims it asserts are barred by the doctrine of judicial immunity, (3) this Court lacks personal jurisdiction over him and (4) venue is improper in this Court.  (See Docket No. 6.)  Those reasons for dismissal are compelling and apply equally to the other named Defendants (the "Non-Moving Defendants").  Indeed, the undersigned Assistant United States Attorney who has been assigned

---

[1] Plaintiffs also named as Defendants several unidentified individuals ("John Doe(s)" and "Jane Doe(s)") and several unidentified corporations ("XYZ Corporations").  See Compl. ¶¶22-23.

primary responsibility for this case (the "AUSA") has previously informed this Court that he intends to file a motion to dismiss similar to that filed by Judge Eisele on behalf of the Non-Moving Defendants within the time allotted to those Defendants to respond to the Complaint.[2] (See Docket No. 8 at 2 n.3.)

On January 8, 2008, this Court entered an Order requiring Plaintiffs to respond to Judge Eisele's motion to dismiss "within 30 days of this Order." (Docket No. 9.) A finding that Plaintiffs' claims fail as to Judge Eisele (on any of the grounds for dismissal asserted by Judge Eisele) would mean that they also fail as to the Non-Moving Defendants. Thus, to conserve the resources of the parties and this Court, the AUSA respectfully requests that this Court extend the time for the Non-Moving Defendants to respond to the Complaint until thirty days after the Court resolves Defendant Eisele's motion to dismiss.[3]

---

[2] To date, the AUSA has not received formal authorization to represent the Non-Moving Defendants in their individual capacities. However, the AUSA expects to receive such authorization shortly.

[3] Although the AUSA has not yet received formal authorization to represent the Non-Moving Defendants in their individual capacities, the AUSA has the authority to request an extension of time on their behalf.

**CONCLUSION**

For the foregoing reasons, the AUSA respectfully request that the Court extend the time for the Non-Moving Defendants to respond to the Complaint until thirty days after the Court resolves Defendant Eisele's motion to dismiss.

Dated: January 15, 2008                    Respectfully submitted,

                                              /s/
                                  JEFFREY A. TAYLOR, D.C. BAR # 498610
                                  United States Attorney

                                              /s/
                                  RUDOLPH CONTRERAS, D.C. BAR #434122
                                  Assistant United States Attorney

                                              /s/
                                  CHRISTOPHER B. HARWOOD
                                  Assistant United States Attorney
                                  555 Fourth St., N.W.
                                  Washington, D.C.  20530
                                  Phone: (202) 307-0372
                                  Fax: (202) 514-8780
                                  Christopher.Harwood@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on January 15, 2008, I caused a copy of the foregoing to be served via first class prepaid postage as follows:

**Edward Craig Poole**
P.O. Box 9000
Safford, Arizona 85548

**Rosario Andrade Del Sol**
P.O. Box 9000
Safford, Arizona 85548

**Avelino Valdez Vasquez**
P.O. Box 9000
Safford, Arizona 85548

**Wendell David Williams**
P.O. Box 9000
Safford, Arizona 85548

**Mark Richard Patrick**
P.O. Box 9000
Safford, Arizona 85548

/s/
Christopher B. Harwood

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                      )
EDWARD CRAIG POOLE, et al.,           )
                                      )
        Plaintiffs,                   )
                                      )
        v.                            )   Civil Action 07-2039 (RJL)
                                      )
JOHN M. ROLL, et al.,                 )
                                      )
        Defendants.                   )
_____)

**<u>ORDER</u>**

Having considered the Motion to Extend the Time for Defendants (Other than Defendant Eisele) to Respond to the Complaint (the "Motion"), and the entire record herein, it is, this

_____ day of _____, 2008,

ORDERED that the Motion be and hereby is GRANTED; and it is

FURTHER ORDERED that Defendants (other than Defendant Eisele) shall respond to the Complaint within 30 days after this Court resolves Defendant Eisele's motion to dismiss.

SO ORDERED.

                                        _____
                                        United States District Court Judge

2

Copy to:

ECF counsel

**Edward Craig Poole**
P.O. Box 9000
Safford, Arizona 85548

**Rosario Andrade Del Sol**
P.O. Box 9000
Safford, Arizona 85548

**Avelino Valdez Vasquez**
P.O. Box 9000
Safford, Arizona 85548

**Wendell David Williams**
P.O. Box 9000
Safford, Arizona 85548

**Mark Richard Patrick**
P.O. Box 9000
Safford, Arizona 85548

2