UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDWARD CRAIG POOLE, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action 07-2039 (RJL) |
| JOHN M. ROLL, et al., | ) |
| Defendants. | ) |

## **NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Christopher B. Harwood as counsel of record for the following Defendants in the above-captioned case: (1) Honorable Mary M. Schroeder; (2) Honorable John M. Roll; (3) Honorable Frank R. Zapata; (4) Honorable Raner C. Collins; (5) Honorable Cindy K. Jorgenson; (6) Honorable David C. Bury; and (7) Peter L. Shaw.

Dated: January 24, 2008         Respectfully submitted,

　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　CHRISTOPHER B. HARWOOD
　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　555 Fourth St., N.W.
　　　　　　　　　　　　　　　　Washington, D.C.  20530
　　　　　　　　　　　　　　　　Phone: (202) 307-0372
　　　　　　　　　　　　　　　　Fax: (202) 514-8780
　　　　　　　　　　　　　　　　Christopher.Harwood@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on January 24, 2008, I caused a copy of the foregoing to be served via first class prepaid postage as follows:

**Edward Craig Poole**
P.O. Box 9000
Safford, Arizona 85548

**Rosario Andrade Del Sol**
P.O. Box 9000
Safford, Arizona 85548

**Avelino Valdez Vasquez**
P.O. Box 9000
Safford, Arizona 85548

**Wendell David Williams**
P.O. Box 9000
Safford, Arizona 85548

**Mark Richard Patrick**
P.O. Box 9000
Safford, Arizona 85548

/s/
Christopher B. Harwood