UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Edward Craig; Poole, et al., <br>     Petitioners, <br> v. <br> John M. Roll, et al., <br>     Defendants. | ) MOTION TO APPOINT AN ATTORNEY AT <br> ) LAW AS GUARDIAN AD LITEM FOR; <br> ) Samuel-David; Williams **A MINOR** <br> ) <br> ) **[CLERKS ACTION REQUIRED]** <br> ) |

07-2039 RJL

    Comes now Wendell-David; Williams, a layman, does hereby move this Honorable Court to appoint an Attorney at Law to represent the interests of Samuel-David; Williams, a minor, in the above titled actions. The said minor's domicile is located at the following location:

    Samuel-David; Williams
    3708 Burr Street
    St. Charles, Missouri state
    [63301]

    This Honorable Court should, in the <u>Interest of Justice</u>, appoint an attorney to protect the interest of not only the above listed minor but all the minors associated with this action.


    Submitted this 26th day of December, 2007

    Locus Sigilli: *Wendell David Williams* [signature]


**RECEIVED**

JAN 2 2 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT