UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDWARD CRAIG POOLE, et al., | ) <br> ) |
| Plaintiffs, | ) <br> ) |
| v. | )     Civil Action 07-2039 (RJL) <br> ) |
| JOHN M. ROLL, et al., | ) <br> ) |
| Defendants. | ) <br> ) |

## **OPPOSITION TO MOTION TO APPOINT A GUARDIAN AD LITEM**

On November 8, 2007, five individuals incarcerated in Safford, Arizona (collectively, "Plaintiffs") filed the above-captioned action against seven federal judges and the appellate commissioner for the Ninth Circuit (collectively, "Defendants"), alleging that Defendants conspired to deny their habeas corpus petitions and, in so doing, violated the Racketeer Influenced and Corrupt Organizations Act, 18 U.S.C. § 1962 ("RICO").  See Compl. ¶¶9-23, 36-41.  One of the Plaintiffs, Wendell David Williams, has now moved this Court "to appoint an Attorney at Law to represent the interests of Samuel David Williams" (presumably, his son) and "all [other] minors associated with this action."  (Docket No. 15.)  That motion should be denied because neither Samuel David Williams nor any other minor is a real party in interest to this action, which as stated above, concerns the denials of five prisoners' habeas corpus petitions. See Adem v. Bush, 425 F. Supp. 2d 7, 11 (D.D.C. 2006) (stating that a guardian ad litem "stand[s] in the shoes of the real party in interest throughout the entire litigation when the real party in interest is unable to represent himself or herself"); 5 Charles Alan Wright, Arthur R. Miller & Mary K. Kane, Federal Practice and Procedure § 1570 (recognizing that a guardian ad litem may be appointed to bring an action "in the name of the real party in interest"); see also

Fed. R. Civ. P. 17(a), (c) (providing for the appointment of a guardian ad litem for a minor who is a real party in interest and is not otherwise represented).

## CONCLUSION

Because no minor is a real party in interest to this action, Defendants[1] respectfully request that this Court DENY Plaintiff Wendell David Williams's motion to appoint a guardian ad litem "to protect the interests of . . . all . . . minors associated with this action."

Dated: January 25, 2008               Respectfully submitted,

                                                        /s/
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney

                                                        /s/
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

                                                        /s/
CHRISTOPHER B. HARWOOD
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C.  20530
Phone: (202) 307-0372
Fax: (202) 514-8780
Christopher.Harwood@usdoj.gov

---

[1] This brief is submitted on behalf of all Defendants except the Honorable Garnett T. Eisele.

## CERTIFICATE OF SERVICE

      I hereby certify that on January 25, 2008, I caused a copy of the foregoing to be served via first class prepaid postage as follows:

**Wendell David Williams**
P.O. Box 9000
Safford, Arizona 85548

                                                                     /s/
                                                      Christopher B. Harwood

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDWARD CRAIG POOLE, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action 07-2039 (RJL) |
| ) | |
| JOHN M. ROLL, et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Having considered the Opposition to the Motion to Appoint a Guardian Ad Litem, and the entire record herein, it is, this _____ day of _____, 2008,

ORDERED that the Motion to Appoint a Guardian Ad Litem is DENIED.

SO ORDERED.

_____
United States District Court Judge

Copy to:

**ECF counsel**

**Wendell David Williams**
P.O. Box 9000
Safford, Arizona 85548