UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDWARD CRAIG POOLE;<br>ROSARIO ANDRADE DEL SOL;<br>AVELINO VALDEZ VASQUEZ;<br>WENDELL DAVID WILLIAMS;<br>and MARK RICHARD PATRICK<br>　　　　　PETITIONERS<br><br>v.<br><br>JOHN M. ROLL; DAVID C. BURY;<br>FRANK R. ZAPATA; CINDY K.<br>JORGENSON; RANER C. COLLINS;<br>MARY M. SCHROEDER; PETER L.<br>SHAW; GARNETT THOMAS EISELE;<br>JOHN DOE(S) 1 THRU 99;<br>JANE DOE(S) 1 THRU 99,<br>XYX CORPORATIONS 1 THRU 99<br>　　　　　DEFENDANTS | Civil Action No. 1:07-cv-02039 |

## NOTICE OF ADOPTION

Separate Defendant Eisele presents this Notice to the Court that he adopts, pursuant to the provisions of Fed. R. Civ. P. 10(c), Defendants' Opposition to Petitioners' Motions to Join in the Above-Captioned Action and to Declare the Above-Captioned Action a Class Action (Dkt. No. 14) and Defendants' Opposition to Motion to Appoint a Guardian Ad Litem (Dkt. No. 16).

Dated this 28th day of January, 2008.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/Garnett Thomas Eisele_____
　　　　　　　　　　　　　　　　　　Garnett Thomas Eisele
　　　　　　　　　　　　　　　　　　Richard Sheppard Arnold United States Courthouse
　　　　　　　　　　　　　　　　　　500 West Capitol, C244
　　　　　　　　　　　　　　　　　　Little Rock, AR 72201
　　　　　　　　　　　　　　　　　　(501) 604-5160

## CERTIFICATE OF SERVICE

    I, Garnett Thomas Eisele, hereby certify that a copy of the foregoing pleading has been served via United States Mail, postage pre-paid, on:

Edward Craig Poole
Safford Federal Correctional Institution
Inmate Mail/Parcels
Post Office Box 9000
Safford, Arizona 85548

Rosario Andrade Del Sol
Safford Federal Correctional Institution
Inmate Mail/Parcels
Post Office Box 9000
Safford, Arizona 85548

Avelino Valdez Vasquez
Safford Federal Correctional Institution
Inmate Mail/Parcels
Post Office Box 9000
Safford, Arizona 85548

Wendell David Williams
Safford Federal Correctional Institution
Inmate Mail/Parcels
Post Office Box 9000
Safford, Arizona 85548

Mark Richard Patrick
Safford Federal Correctional Institution
Inmate Mail/Parcels
Post Office Box 9000
Safford, Arizona 85548

Jose Rios Moreno
Safford Federal Correctional Institution
Inmate Mail/Parcels
Post Office Box 9000
Safford, Arizona 85548

Ignacio Munoz Martinez
Safford Federal Correctional Institution
Inmate Mail/Parcels
Post Office Box 9000
Safford, Arizona 85548

Jose Francisco Diaz
Safford Federal Correctional Institution
Inmate Mail/Parcels
Post Office Box 9000
Safford, Arizona 85548

Jose Andrade Moreno
Safford Federal Correctional Institution
Inmate Mail/Parcels
Post Office Box 9000
Safford, Arizona 85548

Christopher Blake Harwood
United States Attorney's Office
555 Fourth St. N.W.
Suite 4220
Washington, D.C. 20530

on this 28th day of January, 2008.

/s/Garnett Thomas Eisele
Garnett Thomas Eisele
Richard Sheppard Arnold United States Courthouse
500 West Capitol, C244
Little Rock, AR 72201
(501) 604-5160