Wendell-David; Williams 22942-009
Federal Correctional Institution
c/o [P.O. Box 9000]
Safford, Arizona state
[85548]

# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA
### CV-1:07-02039

| | |
|---|---|
| Edward Craig; Poole, et.al. ) | MOTION FOR LEAVE TO AMEND THE |
| Petitioner/Plaintiff ) | ORIGINAL R.I.C.O. COMPLIANT TO |
| ) | ADD RESPONDENT/DEFENDANTS |
| v. ) | |
| John M. Roll, et.al. ) | |
| Respondent/Defendant ) | |

Comes Now Petitioner __Wendell-David; Williams__, a Real Party in Interest and layman **Haines v. Kerner**, 404 US 519, **Warren v. District of Columbia**, 353 F.3d 36, 37 (D.C. Cir 2004), does hereby request this Honorable Court grant the Petitioner leave to amend the original complaint.

The Petitioner has hereto attached the amended complaint and a summons to civil action in the name of said Respondent/Defendant to be added.

The Defendant prays this Honorable Court will order the Clerk of the Court to return the official sealed summons without delay so the Petitioner may serve the Defendant with this amended complaint and a copy of the original as soon as possible.

This Honorable Court should take Mandatory Judicial Notice that a copy has been sent to the said Respondent/Defendant.

Submitted This __14th__ Day of __January__, 2008

Locus Sigilli: _Wendell D. W..._

Wendell-David; Williams 22942-009
Federal Correctional Institution
c/o [P.O. Box 9000]
Safford, Arizona state
[85548]

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CV-1:07-02039

Edward Craig; Pool, et.al.,            )
                                       )
        Petitioner/Plaintiff,          )
                                       )
v.                                     )  **AMENDED COMPLAINT TO ADD RESPONDENT/**
                                       )  **DEFENDANTS AND FACTS TO THE CLAIMS**
John M. Roll, et. al.,                 )
                                       )
        Respondent/Defendant.          )
                                       )

Comes now __Wendell-David; Williams__, Petitioner/Plaintiff and Real Party in Interest in the above titled action. The Petitioner is a layman, **Haines v. Kerner**, 404 US 519, 30 L.Ed.2d 652, 653 headnotes 1 & 2; **Hughes v. Rowe**, 449 US 5, 10, 66 L.Ed.2d 163, 170, 170 n. 7 (1980); **Warren v. District of Columbia**, 353 F.3d 36, 37 (D.C. Cir. 2004).

The Petitioner hereby amends the original complaint as follows:

1) The Petitioner accepts the original complaint as true, correct and incomplete;

2) The Petitioner appends the following Respondent/Defendant as parties to the enterprise and pattern as listed on page 5 paragraphs 36 and 37 of the original complaint,

    a) __Jerome Kearney__
       __1st Asst. Fed. Public Defender__
       __1401 W. Capitol, Suite 490__
       __Little Rock, Arkansas state [72201]__

    b) __Todd Newton__
       __Asst. U.S. Attorney__
       __P.O. Box 1229__
       __Little Rock, Arkansas [72203]__

3)  The Petitioner herein states that ___Jerome Kearney___
_____ and ___Todd Newton_____
are officers of the court for the United States District Court for the Eastern District of Arkansas
and were in fact associated with case No. 4:04CR00011-01 GTE,
in which this petitioner was named as defendant of that case.
4)  These Officers of the United States District Court for the Eastern District of Arkansas case No. 4:04CR00011-01 GTE
violated the Petitioners Fourth, Fifth, and Sixth Amendments guaranteed Constitutional right for allowing the said action in the said court without subject-matter jurisdiction being affirmatively on the record, **Bender v. Williamsport**, 475 US 534, 546 (1986).
5)  The Petitioner hereby claims that ___Jerome Kearney___
_____ and ___Todd Newton_____
being officers of the court entered into a R.I.C.O. enterprise with the other named defendants, by obstructing justice, and using the United States Mail while obstructing justice, as well as using electronic devices to obstruct justice, all acts being R.I.C.O. as detailed in the original complaint paragraphs 38-40.
6)  The Petitioner hereby incorporates the original complaint and other amendments to the original complaint to this amended complaint.

Respectfully Submitted This __14th__ Day of __January__, 2008

Locus Sigilli: _Wendel D. Wulic_

Wendell-David; Williams 22942-009
Federal Correctional Institution
c/o [P.O. Box 9000]
Safford, Arizona state
[85548]

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CV-1:07-02039

| | |
|---|---|
| Edward Craig; Poole, et. al., | ) |
| Petitioner/Plaintiff, | ) |
| v. | ) **CERTIFICATE OF SERVICE** |
| John M. Roll, et. al., | ) |
| Respondent/Defendant. | ) |

**RE:** Motion For Leave to Amend the Original R.I.C.O. Complaint to Add Respondent/Defendants and Amended Complaint to Add Respondent/Defendants and Facts to the Claims.

The forgoing mentioned documents were served via First Class Prepaid First Class United States Mail to the following:

Clerk of the Court [One Original]
UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
333 Constitution Avenue N.W.
Washington, District of Columbia
[20001]

Todd Newton [One Copy]
Asst. U.S. Attorney
P.O. Box 1229
Little Rock, Arkansas state
[72203]

Solicitor General of the U.S.A. [One Copy]
Room 5614
Department of Justice
950 Pensylvania Avenue N.W.
Washington, District of Columbia
[20530-0001]

Jerome Kearney [One Copy]
1st Asst. Fed. Public Defender
1401 W. Capitol, Suite 490
Little Rock, Arkansas state
[72201]

SIGNED AND SEALED THIS 14TH DAY OF JANUARY 2008

LOCUS SIGILLI: _Wendell D. W[illiams]_

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of __Washington, District of Columbia__

Edward Craig; Poole, et. al.,
              Petitioners,

V.

John M. Roll, et. al.,
              Respondents.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: CV-1:07-02039

TO: (Name and address of Defendant)
Jerome Kearney
1st Asst. Fed. Public Defender
1401 W. Capitol, Suite 490
Little Rock, Arkansas state
72201

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ~~ATTORNEY~~ (name and address)

Wendell-David; Williams
c/o P.O. Box 9000
Safford, Arizona state     **AND**
85548

ALL OTHER PLAINTIFF'S AND INTERESTED PARTIES.

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     Washington, Disttrict of Columbia

Edward Craig; Poole, et. al.,
          Petitioners,

V.

John M. Roll, et. al.,
          Respondents.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: CV-1:07-02039

TO: (Name and address of Defendant)

Todd Newton
Asst. U.S. Attorney
P.O. Box 1229
Little Rock, Arkansas state
72203

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Wendell-David; Williams
c/o P.O. Box 9000'
Safford, Arizona state
85548

**AND**    ALL OTHER PLAINTIFF'S AND INTERESTED PARTIES.

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE

(By) DEPUTY CLERK