UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDWARD CRAIG POOLE, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action 07-2039 (RJL) |
| JOHN M. ROLL, et al., | ) |
| Defendants. | ) |

**OPPOSITION TO MOTION TO AMEND COMPLAINT**

On November 8, 2007, five individuals incarcerated in Safford, Arizona (collectively, "Plaintiffs") filed the above-captioned action against seven federal judges (sitting in Arkansas, Arizona and California) and the appellate commissioner for the Ninth Circuit (collectively, "Defendants"), alleging that Defendants had conspired to deny their habeas corpus petitions and, in so doing, violated the Racketeer Influenced and Corrupt Organizations Act, 18 U.S.C. § 1962 ("RICO").  See Compl. ¶¶9-23, 36-41.  On December 17, 2007, one of the Defendants—the Honorable Garnett T. Eisele—moved to dismiss the Complaint as to himself on the grounds that (1) it fails to state a valid claim under RICO, (2) the claims it asserts are barred by the doctrine of judicial immunity, (3) this Court lacks personal jurisdiction over him and (4) venue is improper in this Court.  (See Docket No. 6.)  Those reasons for dismissal are compelling and apply equally to the other named Defendants (the "non-moving Defendants").  Indeed, recognizing that fact, this Court has stayed the non-moving Defendants' obligation to respond to the Complaint pending resolution of Judge Eisele's motion to dismiss.

Recently, one of the Plaintiffs, Wendell David Williams, moved this Court for leave to amend Plaintiffs' Complaint.  (Docket No. 18.)  Mr. Williams seeks to amend the Complaint to

add two additional individuals as defendants—Jerome Kearney, an Assistant Federal Public Defender in Arkansas, and Todd Newton, an Assistant United States Attorney in Arkansas. (See id.) Messrs. Kearney and Newton are alleged to have participated as "Officers of the United States District Court for the Eastern District of Arkansas" in the criminal action that led to Mr. Williams' incarceration. (See id.)

For the reasons set forth below, this Court should deny the motion to amend. Mr. Williams' proposed amendments are not aimed at addressing any of the deficiencies identified by Defendant Eisele in his motion to dismiss. (See id.) Nor would the addition of Messrs. Kearney and Newton cure those deficiencies. Even if Messrs. Kearney and Newton were added to this case as defendants, the Complaint would still fail to state a valid claim under RICO, each defendant would still be immune from suit,[1] this Court would still lack jurisdiction over any defendant and venue would still be improper in this Court. Accordingly, the motion to amend should be denied outright as futile. See James Madison Ltd. v. Ludwig, 82 F.3d 1085, 1099 (D.C. Cir. 1996) ("Courts may deny a motion to amend a complaint as futile . . . if the [complaint as amended] would not survive a motion to dismiss."); Simpson v. Socialist People's Libyan Arab Jamahiriya, No. 00-1722, 2008 WL 90238, at *3 (D.D.C. Jan. 10, 2008) ("An amended complaint is futile if it . . . could not withstand a motion to dismiss."). Alternatively, and at the very least, the motion to amend should be denied without prejudice to its being re-filed if the Complaint survives an initial round of dispositive motions.

---

[1] Claims against an Assistant United States Attorney that "arise out of activities intimately associated with the judicial phase of the criminal process . . . are barred by prosecutorial immunity." Fortson v. Dep't of Justice, 180 Fed. Appx. 172, 173 (D.C. Cir. 2006) (internal quotation marks omitted); see Hazel v. Reno, 20 F. Supp. 2d 21, 24 n.3 (D.D.C. 1998) ("It is well settled that prosecutors enjoy absolute immunity from damages actions based on their official prosecutorial duties."). There is no reason why a different rule should apply to Federal Public Defenders.

**CONCLUSION**

For the reasons set forth above, the non-moving Defendants[2] respectfully request that this Court DENY the motion to amend the Complaint.

Dated: February 11, 2008                    Respectfully submitted,

                                                   /s/
                                     JEFFREY A. TAYLOR, D.C. BAR #498610
                                     United States Attorney

                                                   /s/
                                     RUDOLPH CONTRERAS, D.C. BAR #434122
                                     Assistant United States Attorney

                                                   /s/
                                     CHRISTOPHER B. HARWOOD
                                     Assistant United States Attorney
                                     555 Fourth St., N.W.
                                     Washington, D.C.  20530
                                     Phone: (202) 307-0372
                                     Fax: (202) 514-8780
                                     Christopher.Harwood@usdoj.gov

---

[2] This brief is submitted on behalf of the non-moving Defendants—that is, all Defendants except the Honorable Garnett T. Eisele.

**CERTIFICATE OF SERVICE**

I hereby certify that on February 11, 2008, I caused a copy of the foregoing to be served via first class prepaid postage as follows:

Edward Craig Poole
P.O. Box 9000
Safford, Arizona 85548

Rosario Andrade Del Sol
P.O. Box 9000
Safford, Arizona 85548

Avelino Valdez Vasquez
P.O. Box 9000
Safford, Arizona 85548

Wendell David Williams
P.O. Box 9000
Safford, Arizona 85548

Mark Richard Patrick
P.O. Box 9000
Safford, Arizona 85548

                                                     /s/
                                        Christopher B. Harwood

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                      )
EDWARD CRAIG POOLE, et al.,           )
                                      )
        Plaintiffs,                   )
                                      )
            v.                        )   Civil Action 07-2039 (RJL)
                                      )
JOHN M. ROLL, et al.,                 )
                                      )
        Defendants.                   )
_____)

**<u>ORDER</u>**

Having considered Defendants' Opposition to the Motion to Amend the Complaint, and the entire record herein, it is, this _____ day of _____, 2008, hereby

ORDERED that the Motion to Amend the Complaint is DENIED.

SO ORDERD.

_____
UNITED STATES DISTRICT JUDGE


Copy to:

ECF Counsel

Edward Craig Poole
P.O. Box 9000
Safford, Arizona 85548

Rosario Andrade Del Sol
P.O. Box 9000
Safford, Arizona 85548

Avelino Valdez Vasquez
P.O. Box 9000
Safford, Arizona 85548

Wendell David Williams
P.O. Box 9000
Safford, Arizona 85548

Mark Richard Patrick
P.O. Box 9000
Safford, Arizona 85548