UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDWARD CRAIG POOLE;<br>ROSARIO ANDRADE DEL SOL;<br>AVELINO VALDEZ VASQUEZ;<br>WENDELL DAVID WILLIAMS;<br>and MARK RICHARD PATRICK<br>            PETITIONERS | )<br>)<br>)<br>)<br>)<br>) |
| v. | )   Civil Action No. 1:07-cv-02039 |
| JOHN M. ROLL; DAVID C. BURY;<br>FRANK R. ZAPATA; CINDY K.<br>JORGENSON; RANER C. COLLINS;<br>MARY M. SCHROEDER; PETER L.<br>SHAW; GARNETT THOMAS EISELE;<br>JOHN DOE(S) 1 THRU 99;<br>JANE DOE(S) 1 THRU 99,<br>XYX CORPORATIONS 1 THRU 99<br>            DEFENDANTS | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF ADOPTION

Separate Defendant Eisele presents this Notice to the Court that he adopts, pursuant to the provisions of Fed. R. Civ. P. 10(c), Defendants' Opposition to Plaintiff Williams' Motion to Amend Complaint (Dkt. No. 19).

Dated this 13th day of February, 2008.

Respectfully submitted,

/s/Garnett Thomas Eisele
Garnett Thomas Eisele
Richard Sheppard Arnold United States Courthouse
500 West Capitol, C244
Little Rock, AR 72201
(501) 604-5160

1

## CERTIFICATE OF SERVICE

I, Garnett Thomas Eisele, hereby certify that a copy of the foregoing pleading has been served via United States Mail, postage pre-paid, on:

Edward Craig Poole
Safford Federal Correctional Institution
Inmate Mail/Parcels
Post Office Box 9000
Safford, Arizona 85548

Jose Rios Moreno
Safford Federal Correctional Institution
Inmate Mail/Parcels
Post Office Box 9000
Safford, Arizona 85548

Rosario Andrade Del Sol
Safford Federal Correctional Institution
Inmate Mail/Parcels
Post Office Box 9000
Safford, Arizona 85548

Ignacio Munoz Martinez
Safford Federal Correctional Institution
Inmate Mail/Parcels
Post Office Box 9000
Safford, Arizona 85548

Avelino Valdez Vasquez
Safford Federal Correctional Institution
Inmate Mail/Parcels
Post Office Box 9000
Safford, Arizona 85548

Jose Francisco Diaz
Safford Federal Correctional Institution
Inmate Mail/Parcels
Post Office Box 9000
Safford, Arizona 85548

Wendell David Williams
Safford Federal Correctional Institution
Inmate Mail/Parcels
Post Office Box 9000
Safford, Arizona 85548

Jose Andrade Moreno
Safford Federal Correctional Institution
Inmate Mail/Parcels
Post Office Box 9000
Safford, Arizona 85548

Mark Richard Patrick
Safford Federal Correctional Institution
Inmate Mail/Parcels
Post Office Box 9000
Safford, Arizona 85548

Christopher Blake Harwood
United States Attorney's Office
555 Fourth St. N.W.
Suite 4220
Washington, D.C. 20530

on this 13th day of February, 2008.

/s/Garnett Thomas Eisele
Garnett Thomas Eisele
Richard Sheppard Arnold United States Courthouse
500 West Capitol, C244
Little Rock, AR 72201
(501) 604-5160