RECEIVED

FEB 29 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Edward Craig; Poole, et al.,  )
                              )  Civil Action CV-1:07-02039-RJL
         Petitioners,         )
                              )
v.                            )  MOTION TO QUASH PROSECUTIONS
                              )  "OPPOSITION TO MOTION TO AMEND
John M. Roll, et al.,         )  COMPLAINT"
                              )
         Respondents.         )
_____)

    On November 8, 2007, five individuals incarcerated in Safford, Arizona (collectively, "Plaintiffs") filed the above captioned action against seven federal judges (sitting in Arkansas, Arizona, and California) and the appellate commissioner for the Ninth Circuit (collectively, "Defendants").

    The plaintiffs can prove the claims filed against the defendants as well as others which were involved and should be added. This Honorable Court has not yet dismissed defendant Eisele or any others as of this date. The claims stated in the plaintiffs complaint can and will be proven however there are many others involved in this conspiracy that should be brought to light and for this reason the plaintiffs should be allowed to amend the complaint to include other plaintiffs who have been unlawfully incarcerated plus add other defendants who are conducting illegal activities for the purpose of personal gain. The plaintiff, Wendell-David; Williams, has added the prosecutor, Todd Newton and Public Defender Jerome Kearney as defendants so that the plaintiff can show how these two "Officers of the Court" are tied into the conspiracy by their own illegal activities.

> "Law firm, as professional corporation organized to practice law, constitutes enterprise for RICO purposes under 18 USCS § 1961(4) ... law firm's activities have requisite nexus with interstate commerce where attorney utilized United States mails in perpetrating scheme." 18 U.S.C.S. §1961, n 66
>
> Court may be enterprise within meaning of RICO (18 USCS §§1961 et seq.)where participants engaged in patterns of activity designed to corrupt operation of court's own process; 18 U.S.C.S. § 1961, n 70

    The Prosecutor has committed an act of fraud on the court when he went

to the grand jury to obtain an indictment against plaintiff Williams by not giving the grand jury all the necessary information for them to decide if an indictment was warranted. The Public Defender, Jerome Kearney, failed in his duty by not conducting any type of defense to protect the plaintiffs constitutioonal rights. He further withheld information from the plaintiff which was a benefit to the plaintiff. Finally he conspired with the prosecutor to get the plaintiff to agree to a plea agreement. His methods were scare tactics, coersion, and deceipt which he used on the plaintiff. Both of these men have violated their oats of office which in turn aided the defendant Eisele in his illegal actions which placed plaintiff in incarceration.

When the plaintiffs filed their petitions to state issues which would be favorable to all plaintiffs involved, these defendants obstructed justice by stopping our attempts to file our habeas corpuses which added to their additional illegal activities. None of the respondents listed or even being added, are immune from criminal liability or from a suit for prospective injunctive relief.

> " ... judicial immunity can be overcome in only two sets of circumstances, under which a judge is not immune from liability for (1) non-judicial actions, that is, actions not taken in the judge's judicial capacity, or (2) actions, though judicial in nature, taken in the complete absence of all jurisdiction."
> **Mireles v. Rico**, 502 US 9, 116 L.Ed.2d 9, 112 S.Ct. 286 (1991)

The plaintiffs contends that Officers of the Courts and Judges are **NOT** immune from any criminal activities. The respondents have been conducting these activities for a long time and cover possibily hundreds if not thousands of cases.

The United States Attorney, Jeffery A. Taylor and Assistant United States Attorny's, Rudolph Contreras, and Christopher B. Harwood, are at this point filing frivilous motions in an attempt to keep this Honorable Court from hearing the complaint placed before it by the plaintiffs.

These Officers and Judges have all violated their Oaths of Office which is a breach of allegiance to one's government.

It is for the above reasons as well as others that the plaintiffs should be allowed to amend their complaint to add other respondents who are also

guilty of criminal activities.

Furthermore, the plaintiffs should also be allowed to add other plaintiffs so as to further show the pattern and illegal activities of their cases since they also have an interest.

It is for the above reasons that the plaintiffs pray that this Honorable Court grant the plaintiffs "Motion to Quash Prosecutions "<u>Offisition to Motion to Amend Complaint</u>""

    Respectfully Submitted this _____ day of February 2008

Locus Sigilli: _Edward Craig; Poole_____
                Edward Craig; Poole

Locus Sigilli: _____
                Rosario Andrade Del Sol

Locus Sigilli: _Avelino Valdez Vasquez_____
                Avelino Valdez Vasquez

Locus Sigilli: _____
                Wendell-David; Williams

Locus Sigilli: _____
                Mark Richard; Patric

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

```
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA

                   NO. 1:07-CV-02039
```

Edward Craig; Poole, et al.,        )
                                    )
         Plaintiffs,                )
                                    )
              v.                    )   **CERTIFICATE OF SERVICE**
                                    )
JOHN M. ROLL, et al.,               )
                                    )
         Defendant's.               )
_____)

**RE:** MOTITON TO QUASH PROSECUTIONS "OPPOSITION TO MOTION TO AMEND COMPLAINT"

The forgoing mentioned document was served via First Class prepaid First Class United States Mail to the following:

Solicitor General of the U.S.A. [One Copy]
room 5614
Department of Justice
950 Pennsylvania Avenue N.W.
Washington, District of Columbia
[20530-0001]

United States District Court [One Original]
for the District of Columbia
333 Constitution Avenue N.W.
Washington, District of Columbia
[20001]

Garnet Thomas Eisele [One Copy]
United States District Court
Eastern District of Arkansas
600 W. Capitol Avenue
Little Rock, Arkansas state
[72201-3325]

Christopher B. Harwood [One Copy]
Assistant United States Attorney
555 Fourth St., N.W.
Washington, District of Columbia
[20530]

Signed and Sealed this 26th day of February 2008

Locus Sigilli: _[signature]_