UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| EDWARD CRAIG POOLE; | ) | |
| ROSARIO ANDRADE DEL SOL; | ) | |
| AVELINO VALDEZ VASQUEZ; | ) | |
| WENDELL DAVID WILLIAMS; | ) | |
| and MARK RICHARD PATRICK | ) | |
| PETITIONERS | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:07-cv-02039 |
| | ) | |
| JOHN M. ROLL; DAVID C. BURY; | ) | |
| FRANK R. ZAPATA; CINDY K. | ) | |
| JORGENSON; RANER C. COLLINS; | ) | |
| MARY M. SCHROEDER; PETER L. | ) | |
| SHAW; GARNETT THOMAS EISELE; | ) | |
| JOHN DOE(S) 1 THRU 99; | ) | |
| JANE DOE(S) 1 THRU 99, | ) | |
| XYX CORPORATIONS 1 THRU 99 | ) | |
| DEFENDANTS | ) | |

## NOTICE OF ADOPTION

Separate Defendant Eisele presents this Notice to the Court that he adopts, pursuant to the provisions of Fed. R. Civ. P. 10(c), Defendants' Opposition to Plaintiffs' Motion to Quash (Dkt. No. 22).

Dated this 11th day of March, 2008.

Respectfully submitted,

/s/Garnett Thomas Eisele
Garnett Thomas Eisele
Richard Sheppard Arnold United States Courthouse
500 West Capitol, C244
Little Rock, AR 72201
(501) 604-5160

1

## CERTIFICATE OF SERVICE

I, Garnett Thomas Eisele, hereby certify that a copy of the foregoing pleading has been served via United States Mail, postage pre-paid, on:

| | |
|---|---|
| Edward Craig Poole<br>Safford Federal Correctional Institution<br>Inmate Mail/Parcels<br>Post Office Box 9000<br>Safford, Arizona 85548 | Jose Rios Moreno<br>Safford Federal Correctional Institution<br>Inmate Mail/Parcels<br>Post Office Box 9000<br>Safford, Arizona 85548 |
| Rosario Andrade Del Sol<br>Safford Federal Correctional Institution<br>Inmate Mail/Parcels<br>Post Office Box 9000<br>Safford, Arizona 85548 | Ignacio Munoz Martinez<br>Safford Federal Correctional Institution<br>Inmate Mail/Parcels<br>Post Office Box 9000<br>Safford, Arizona 85548 |
| Avelino Valdez Vasquez<br>Safford Federal Correctional Institution<br>Inmate Mail/Parcels<br>Post Office Box 9000<br>Safford, Arizona 85548 | Jose Francisco Diaz<br>Safford Federal Correctional Institution<br>Inmate Mail/Parcels<br>Post Office Box 9000<br>Safford, Arizona 85548 |
| Wendell David Williams<br>Safford Federal Correctional Institution<br>Inmate Mail/Parcels<br>Post Office Box 9000<br>Safford, Arizona 85548 | Jose Andrade Moreno<br>Safford Federal Correctional Institution<br>Inmate Mail/Parcels<br>Post Office Box 9000<br>Safford, Arizona 85548 |
| Mark Richard Patrick<br>Safford Federal Correctional Institution<br>Inmate Mail/Parcels<br>Post Office Box 9000<br>Safford, Arizona 85548 | Christopher Blake Harwood<br>United States Attorney's Office<br>555 Fourth St. N.W.<br>Suite 4220<br>Washington, D.C. 20530 |

on this 11th day of March, 2008.

/s/Garnett Thomas Eisele
Garnett Thomas Eisele
Richard Sheppard Arnold United States Courthouse
500 West Capitol, C244
Little Rock, AR 72201
(501) 604-5160