FILED
MAR 2 0 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **EDWARD CRAIG POOLE** *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 07-2039 (RJL) |
| | ) |
| **JOHN M. ROLL** *et al.*, | ) |
| | ) |
| Defendants. | ) |

### ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is this 18th day of March 2008,

**ORDERED** that defendant's motion to dismiss [Dkt. No. 6] is **GRANTED**; it is

**FURTHER ORDERED** that plaintiffs' motion to amend the complaint [Dkt. No. 18] is **DENIED**; it is

**FURTHER ORDERED** that all other pending motions [Dkt. Nos. 2, 3, 4, 5, 10, 11, 15, 17, 20, 21] are **DENIED**; and it is

**FURTHER ORDERED** that this case is **DISMISSED** with prejudice. This is a final appealable Order.

_____
RICHARD J. LEON
United States District Judge