Rosario Andrade Del Sol
c/o [Post Office Box 9000]
    Safford, Arizona state

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Edward Craig; Poole,<br>Rosario Andrade Del Sol<br>Avelino Valdez Vasquez<br>Wendell David; Williams<br>Mark Richard Patrick<br><br>Petitioners<br><br>vs.<br><br>JOHN M. ROLL, ET.AL.<br><br>RESPONDENTS | CV-1:07-02039 AJL<br><br>NOTICE OF APPEAL |

RECEIVED
MAR 2 8 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Comes now  Rosario Andrade Del Sol  , Petitioner, a layman, does hereby give notice that I Appeal the final decison dismissing the Petitioners complaint. I here by appeal the decision of the court to the United States Court of Appeals for the District of Columbia.


Submitted this  25  Day of March, 2008

Locus Sigilli: _Rosario Andrade Del Sol_

**Certificate of Service**

The foregoing Notice Of Appeal was served upon all parties at their last know address via First Class Unites States Mail or by hand.

Submitted this  25  Day of March 2008

Locus Sigilli: _Rosario Andrade Del Sol_