**Rosario Andrade Del Sol**
c/o [Post Office Box 9000]
    Safford, Arizona state

## UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Edward Craig; Poole, | ) | |
| Rosario Andrade Del Sol | ) | CV-1:07-02039 |
| Avelino Valdez Vasquez | ) | |
| Wendell David; Williams | ) | |
| Mark Richard Patrick | ) | **MOTION AND AFFIDAVIT FOR PERMISSION** |
| | ) | **TO APPEAL IN FORMA PAUPERIS** |
| Petitioners | ) | |
| | ) | **RECEIVED** |
| vs. | ) | |
| | ) | MAR 2 8 2008 |
| JOHN M. ROLL, ET.AL. | ) | |
| | ) | NANCY MAYER WHITTINGTON, **CLERK** |
| RESPONDENTS | ) | U.S. DISTRICT COURT |
| | ) | |

I, __Rosario Andrade Del Sol__, swear or affirm under penalty of perjury under the law of the United States of America that, because of my poverty, I cannot prepay the docket fees of my appeal or post bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under the laws of the United States of America the hereto attached Financial Affidavit [Form CJA 23] are true correct and complete to the best of my knowledge.

Submitted this __25__ Day of March, 2008

Locus Sigilli: _____

### Certificate of Service

The foregoing was served upon all parties at their last known address via first class United States Mail or by hand.

Submitted This __25__ Day of March, 2008

Locus Sigilli: _____

**FINANCIAL AFFIDAVIT**

| IN UNITED STATES | ☐ MAGISTRATE | ☐ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) | LOCATION NUMBER |

IN THE CASE OF

FOR

Poole, et. al. v.s. ROLL, ET.AL.

AT

PERSON REPRESENTED (Show your full name)

**Rosario Andrade Del Sol**

1. ☐ Defendant—Adult
2. ☐ Defendant - Juvenile
3. ☒ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other

DOCKET NUMBERS

Magistrate

District Court
CV-1:07-02039

Court of Appeals

CHARGE/OFFENSE (describe if applicable & check box →)   ☐ Felony   ☐ Misdemeanor

---

Are you now employed?   ☐ Yes   ☒ No   ☐ Am Self-Employed

Name and address of employer: _____

**EMPLOY-MENT**

IF YES, how much do you earn per month? $ _____

IF NO, give month and year of last employment
How much did you earn per month? $ _____

If married is your Spouse employed?   ☐ Yes   ☒ No

IF YES, how much does your Spouse earn per month? $ _____

If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**ASSETS**

**OTHER INCOME**

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?   ☒ Yes   ☐ No

IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES

RECEIVED
25 D11s
$ _____

SOURCES
BY MONTH OF FORCE LABOR

**CASH**

Have you any cash on hand or money in savings or checking accounts?   ☐ Yes   ☒ No   IF YES, state total amount $ _____

**PROP-ERTY**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?   ☐ Yes   ☒ No

IF YES, GIVE THE VALUE AND $ DESCRIBE IT

VALUE

DESCRIPTION

---

**OBLIGATIONS & DEBTS**

**DEPENDENTS**

MARITAL STATUS
___ SINGLE
___ MARRIED
___ WIDOWED
☒ SEPARATED OR DIVORCED

Total No. of Dependents
**N/A**

List persons you actually support and your relationship to them
**N/A**

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

APARTMENT OR HOME:
**N/A**

Creditors

Total Debt
$ **N/A**
$
$
$

Monthly Paymt.
$ **N/A**
$
$
$

---

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date)   **March 25, 2008**

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶