**Edward Craig; Poole**
c/o [Post Office Box 9000]
    Safford, Arizona state

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Edward Craig; Poole,                    )
Rosario Andrade Del Sol                 )    **CV-1:07-02039**
Avelino Valdez Vasquez                  )
Wendell David; Williams                 )
Mark Richard Patrick                    )    **NOTICE OF APPEAL**
                                        )
            Petitioners                 )
                                        )
vs.                                     )
                                        )
JOHN M. ROLL, ET.AL.                    )
                                        )
            RESPONDENTS                 )
_____)

## RECEIVED

MAR **3 1** 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

     Comes now  **Edward Craig; Poole**                , Petitioner, a layman,

does hereby give notice that I Appeal the final decison dismissing the Petitioners

complaint.   I here by appeal the decision of the court to the United States Court

of Appeals for the District of Columbia.

        Submitted this **2 5**ᵗʰ Day of March, 2008

            Locus Sigilli: _Edward C. Poole_


## Certificate of Service

     The foregoing Notice Of Appeal was served upon all parties at their last

know address via First Class Unites States Mail or by hand.

        Submitted this **25**ᵗʰ Day of March 2008,

            Locus Sigilli: _Edward C. Poole_