Edward Craig; Poole
c/o [Post Office Box 9000]
    Safford, Arizona state

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Edward Craig; Poole,<br>Rosario Andrade Del Sol<br>Avelino Valdez Vasquez<br>Wendell David; Williams<br>Mark Richard Patrick<br><br>         Petitioners<br><br>vs.<br><br>JOHN M. ROLL, ET.AL.<br><br>         RESPONDENTS | CV-1:07-02039 RJL<br><br>MOTION AND AFFIDAVIT FOR PERMISSION<br>TO APPEAL IN FORMA PAUPERIS |

RECEIVED
MAR 3 1 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

   I, **Edward Craig; Poole**, swear or affirm under penalty of perjury under the law of the United States of America that, because of my poverty, I cannot prepay the docket fees of my appeal or post bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under the laws of the United States of America the hereto attached Financial Affidavit [Form CJA 23] are true correct and complete to the best of my knowledge.

      Submitted this 25th Day of March, 2008

            Locus Sigilli: _Edward Cig Poole_

### Certificate of Service

   The foregoing was served upon all parties at their last known address via firstclass United States Mail or by hand.

      Submitted This 25th Day of March, 2008

            Locus Sigilli: _Edward Cig Poole_

**FINANCIAL AFFIDAVIT**

|  | IN UNITED STATES | ☐ MAGISTRATE | ☐ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) | LOCATION NUMBER |
|---|---|---|---|---|---|---|

IN THE CASE OF: Poole, et. al. v.s. ROLL, ET.AL.

FOR
AT

PERSON REPRESENTED (Show your full name): Edward Craig Poole

1. ☐ Defendant—Adult
2. ☐ Defendant - Juvenile
3. ☒ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other

DOCKET NUMBERS
Magistrate
District Court: CV-1:07-02039
Court of Appeals

CHARGE/OFFENSE (describe if applicable & check box →)  ☐ Felony  ☐ Misdemeanor

**EMPLOYMENT**

Are you now employed? ☐ Yes  ☒ No  ☐ Am Self-Employed
Name and address of employer: _____
IF YES, how much do you earn per month? $ _____
IF NO, give month and year of last employment
How much did you earn per month? $ _____

If married is your Spouse employed? ☐ Yes ☒ No
IF YES, how much does your Spouse earn per month? $ _____
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**ASSETS — OTHER INCOME**

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☒ Yes

IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES: $ 40/month   FORCED LABOR AT FCI SAFFORD.

**CASH**: Have you any cash on hand or money in savings or checking accounts? ☐ Yes ☒ No

**PROPERTY**: Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No

**DEPENDENTS** — MARITAL STATUS: ☒ SINGLE

**OBLIGATIONS & DEBTS** — DEBTS & MONTHLY BILLS

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 25th March 2008

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED): Edward C Poole