**Wendell David; Williams**
c/o [Post Office Box 9000]
     Safford, Arizona state

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Edward Craig; Poole, | ) | |
| Rosario Andrade Del Sol | ) | CV-1:07-02039 *RJL* |
| Avelino Valdez Vasquez | ) | |
| Wendell David; Williams | ) | |
| Mark Richard Patrick | ) | NOTICE OF APPEAL |
| | ) | |
| Petitioners | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| JOHN M. ROLL, ET.AL. | ) | |
| | ) | |
| RESPONDENTS | ) | |

**RECEIVED**

MAR 3 1 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Comes now **Wendell David; Williams**, Petitioner, a layman, does hereby give notice that I Appeal the final decison dismissing the Petitioners complaint. I here by appeal the decision of the court to the <u>United States Court of Appeals for the District of Columbia</u>.

Submitted this __26__ Day of March, 2008

Locus Sigilli: _Wendell D. Williams_

### Certificate of Service

The foregoing Notice Of Appeal was served upon all parties at their last know address via First Class Unites States Mail or by hand.

Submitted this __26__ Day of March 2008

Locus Sigilli: _Wendell D. Williams_