Wendell David; Williams
c/o [Post Office Box 9000]
    Safford, Arizona state

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Edward Craig; Poole,<br>Rosario Andrade Del Sol<br>Avelino Valdez Vasquez<br>Wendell David; Williams<br>Mark Richard Patrick<br><br>       Petitioners<br><br>vs.<br><br>JOHN M. ROLL, ET.AL.<br><br>       RESPONDENTS | CV-1:07-02039<br><br>MOTION AND AFFIDAVIT FOR PERMISSION<br>TO APPEAL IN FORMA PAUPERIS |

RECEIVED
MAR 3 1 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

    I, **Wendell David; Williams**, swear or affirm under penalty of perjury under the law of the United States of America that, because of my poverty, I cannot prepay the docket fees of my appeal or post bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under the laws of the United States of America the hereto attached Financial Affidavit [Form CJA 23] are true correct and complete to the best of my knowledge.

    Submitted this 26 Day of March, 2008

    Locus Sigilli: _Wendell D. Williams_

### Certificate of Service

    The foregoing was served upon all parties at their last known address via firstclass United States Mail or by hand.

    Submitted This 26 Day of March, 2008

    Locus Sigilli: _Wendell D. Williams_

# FINANCIAL AFFIDAVIT

IN UNITED STATES  ☐ MAGISTRATE  ☐ DISTRICT  ☐ APPEALS COURT or  ☐ OTHER PANEL (Specify below)

IN THE CASE OF: Poole, et. al. v.s. ROLL, ET.AL.

FOR: _____
AT: _____

LOCATION NUMBER: _____

PERSON REPRESENTED (Show your full name): **Wendell D. Williams**

1. ☐ Defendant—Adult
2. ☐ Defendant - Juvenile
3. ☒ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other

DOCKET NUMBERS
Magistrate: _____
District Court: **CV-1:07-02039**
Court of Appeals: _____

CHARGE/OFFENSE (describe if applicable & check box →)  ☐ Felony  ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**
- Are you now employed? ☐ Yes  ☒ No  ☐ Am Self-Employed
- Name and address of employer: _____
- IF YES, how much do you earn per month? $ _____
- IF NO, give month and year of last employment / How much did you earn per month? $ _____
- If married is your Spouse employed? ☐ Yes  ☒ No
- IF YES, how much does your Spouse earn per month? $ _____
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**ASSETS**

OTHER INCOME — Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?  ☒ Yes  ☐ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES
RECEIVED: $ **20.00**   SOURCES: **Forced labor per month**

CASH — Have you any cash on hand or money in savings or checking accounts? ☐ Yes ☐ No  IF YES, state total amount $ _____

PROPERTY — Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No
IF YES, GIVE THE VALUE AND DESCRIBE IT
VALUE: $ _____   DESCRIPTION: _____

**DEPENDENTS**
MARITAL STATUS:
- ☐ SINGLE
- ☐ MARRIED
- ☐ WIDOWED
- ☒ SEPARATED OR DIVORCED

Total No. of Dependents: **1**

List persons you actually support and your relationship to them: **Samuel David Williams — Son**

**OBLIGATIONS & DEBTS**

DEBTS & MONTHLY BILLS (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
|  |  | $ | $ |
|  |  | $ | $ |
|  |  | $ | $ |
|  |  | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) **26 March 2008**

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ *Wendell D. Williams*