Avelino Valdez Vasquez
c/o [Post Office Box 9000]
    Safford, Arizona state

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Edward Craig; Poole,<br>Rosario Andrade Del Sol<br>Avelino Valdez Vasquez<br>Wendell David; Williams<br>Mark Richard Patrick<br><br>      Petitioners<br><br>vs.<br><br>JOHN M. ROLL, ET.AL.<br><br>      RESPONDENTS | CV-1:07-02039 RJL<br><br>NOTICE OF APPEAL<br><br>**RECEIVED**<br>APR 1 1 2008<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

    Comes now   Avelino Valdez Vasquez   , Petitioner, a layman, does hereby give notice that I Appeal the final decison dismissing the Petitioners complaint. I here by appeal the decision of the court to the United States Court of Appeals for the District of Columbia.

    Submitted this  6TH  Day of ~~March~~ APRIL, 2008

    Locus Sigilli: Avelino Valdez Vasquez

### Certificate of Service

    The foregoing Notice Of Appeal was served upon all parties at their last know address via First Class Unites States Mail or by hand.

    Submitted this  6TH  Day of ~~March~~ APRIL 2008

    Locus Sigilli: Avelino Valdez Vasquez