Avelino Valdez Vasquez
c/o [Post Office Box 9000]
    Safford, Arizona state

**RECEIVED**

APR 1 1 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Edward Craig; Poole, | ) | **CV-1:07-02039** |
| Rosario Andrade Del Sol | ) | |
| Avelino Valdez Vasquez | ) | |
| Wendell David; Williams | ) | |
| Mark Richard Patrick | ) | **MOTION AND AFFIDAVIT FOR PERMISSION** |
| | ) | **TO APPEAL IN FORMA PAUPERIS** |
| Petitioners | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| JOHN M. ROLL, ET.AL. | ) | |
| | ) | |
| RESPONDENTS | ) | |
| | ) | |

I, __Avelino Valdez Vasquez__ , swear or affirm under penalty of
perjury under the law of the United States of America that, because of my
poverty, I cannot prepay the docket fees of my appeal or post bond for them.
I believe I am entitled to redress. I swear or affirm under penalty of perjury
under the laws of the United States of America the hereto attached Financial
Affidavit [Form CJA 23] are true correct and complete to the best of my knowledge.

Submitted this __6TH__ Day of ~~March~~ APRIL, 2008

Locus Sigilli: _Avelino Valdez Vasquez_

**Certificate of Service**

The foregoing was served upon all parties at their last known address
via first class United States Mail or by hand.

Submitted This __6TH__ Day of ~~March~~ APRIL, 2008

Locus Sigilli: _Avelino Valdez Vasquez_

**FINANCIAL AFFIDAVIT**

| | IN UNITED STATES | ☐ MAGISTRATE | ☐ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) | LOCATION NUMBER |
|---|---|---|---|---|---|---|

IN THE CASE OF

Poole, et. al. V.S. ROLL, ET.AL.

FOR _____

AT _____

PERSON REPRESENTED (Show your full name)

Avelino Valdez Vasquez

CHARGE/OFFENSE (describe if applicable & check box →) ☐ Felony ☐ Misdemeanor

1. ☐ Defendant—Adult
2. ☐ Defendant - Juvenile
3. ☒ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other _____

DOCKET NUMBERS

Magistrate

District Court
CV-1:07-02039

Court of Appeals

---

**ASSETS**

**EMPLOYMENT**

Are you now employed? ☐ Yes    ☐ No    ☐ Am Self-Employed

Name and address of employer: ___N/A___

IF YES, how much do you earn per month? $ ___N/A___

IF NO, give month and year of last employment
How much did you earn per month? $ ___N/A___

If married is your Spouse employed?  ☐ Yes  ☐ No

IF YES, how much does your Spouse earn per month? $ ___N/A___

If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ ___N/A___

**OTHER INCOME**

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?  ☐ Yes  ☐ No

IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES

RECEIVED: $16.00/mo.    SOURCES: Forced Prison Labor, FCI Safford, AZ
$_____

**CASH**

Have you any cash on hand or money in savings or checking accounts?  ☐ Yes  ☒ No  IF YES, state total amount $ _____

**PROPERTY**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?  ☐ Yes  ☒ No

IF YES, GIVE THE VALUE AND DESCRIBE IT

VALUE: $ ___N/A___    DESCRIPTION: _____

---

**OBLIGATIONS & DEBTS**

**DEPENDENTS**

MARITAL STATUS

___ SINGLE
___ MARRIED
___ WIDOWED
XX SEPARATED OR DIVORCED

Total No. of Dependents: 0

List persons you actually support and your relationship to them

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| $16.00 | Food and Health, Phone | $_____ | $16.00 |
| | | $_____ | $_____ |
| | | $_____ | $_____ |
| | | $_____ | $_____ |

---

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) ___March 31, 2008___

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ *Avelino Valdez Vasquez*