c/o [Post Office Box 9000]
    Safford, Arizona state

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Edward Craig; Poole, <br> Rosario Andrade Del Sol <br> Avelino Valdez Vasquez <br> Wendell David; Williams <br> Mark Richard Patrick <br><br> Petitioners <br><br> vs. <br><br> JOHN M. ROLL, ET.AL. <br><br> RESPONDENTS | CV-1:07-02039 <br><br> NOTICE OF APPEAL |

RECEIVED
APR 1 0 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Comes now _Mark Richard; Patrick_, Petitioner, a layman, does hereby give notice that I Appeal the final decison dismissing the Petitioners complaint. I here by appeal the decision of the court to the <u>United States Court of Appeals for the District of Columbia</u>.

Submitted this _21st_ Day of March, 2008

Locus Sigilli: _[signature]_

**Certificate of Service**

The foregoing Notice Of Appeal was served upon all parties at their last know address via First Class Unites States Mail or by hand.

Submitted this _31st_ Day of March 2008

Locus Sigilli: _[signature]_