c/o [Post Office Box 9000]
Safford, Arizona state

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
APR 1 0 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Edward Craig; Poole,            )
Rosario Andrade Del Sol         )    CV-1:07-02039
Avelino Valdez Vasquez          )
Wendell David; Williams         )
Mark Richard Patrick            )    MOTION AND AFFIDAVIT FOR PERMISSION
                                )    TO APPEAL IN FORMA PAUPERIS
         Petitioners            )
                                )
vs.                             )
                                )
JOHN M. ROLL, ET.AL.            )
                                )
         RESPONDENTS            )

I, _Mark-Richard; Patrick_, swear or affirm under penalty of perjury under the law of the United States of America that, because of my poverty, I cannot prepay the docket fees of my appeal or post bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under the laws of the United States of America the hereto attached Financial Affidavit [Form CJA 23] are true correct and complete to the best of my knowledge.

Submitted this 31st Day of March, 2008

Locus Sigilli: _____

### Certificate of Service

The foregoing was served upon all parties at their last known address via first class United States Mail or by hand.

Submitted This 31st Day of March, 2008

Locus Sigilli: _____