UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

APR 2 1 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

EDWARD CRAIG POOLE *et al.*,          )
                                       )
        Plaintiffs,                    )
                                       )
    v.                                 ) Civil Action No. 07-2039 (RJL)
                                       )
JOHN M. ROLL *et al.*,                 )
                                       )
        Defendants.                    )
                                       )

## ORDER

Co-plaintiffs Rosario Andrade Del Sol and Wendell David Williams have each moved to proceed *in forma pauperis* on appeal. Upon consideration of their respective motions, it is this 17th day of April 2008,

**ORDERED** that Del Sol's motion [Dkt. No. 27] is **GRANTED**; and it is further

**ORDERED** that Williams's motion [Dkt. No. 29] is **GRANTED**.

RICHARD J. LEON
United States District Judge