**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**FILED**

MAY 2 - 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

|  |  |
|---|---|
| **EDWARD CRAIG POOLE** *et al.*, | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) **Civil Action No. 07-2039 (RJL)** |
| | ) |
| **JOHN M. ROLL** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |
| _____ | ) |

## ORDER

Co-plaintiffs Edward Craig Poole, Avelino Valdez Vasquez and Mark Richard Patrick

have each moved to proceed *in forma pauperis* on appeal.  Upon consideration of their respective

motions, it is this ____ day of April 2008,

  **ORDERED** that Poole's motion [Dkt. No. 29] is **GRANTED**; it is further

  **ORDERED** that Vasquez's motion [Dkt. No. 33] is **GRANTED**; and it is further

  **ORDERED** that Patrick's motion [Dkt. No. 35] is **GRANTED**.

_____
RICHARD J. LEON
United States District Judge

